1  John L. Smaha, Esq. Bar No. 95855
   Gustavo E. Bravo, Esq. Bar No. 218752
2  John Paul Teague, Esq., Bar No. 254249
   SMAHA LAW GROUP
3  2398 San Diego Avenue
   San Diego, California 92110
4  Tel: (619)688-1557
   Fax: (619)688-1558
5
   [Proposed] Attorneys for Debtor, Apmetrix, Inc.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | In re | Case No. 16-07584-11<br>Chapter 11 |
|----|-------|-----|
| 12 | APMETRIX, INC., | |
| 13 | | **NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION TO BANKRUPTCY COURT** |
| 14 | Debtor. | |
| 15 | | [Case pending in the Superior Court of California for the County of San Diego with Case No. 37-2016-00029028-CU-BC-CTL and before the Court of Appeals for the State of California, Fourth Appellate District, Division 1 with Case No. D071306] |

20  TO THE UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL
21  INTERESTED PARTIES:
22        PLEASE TAKE NOTICE, that Debtor and Debtor-in-Possession APMETRIX, INC., a
23  Delaware corporation (the "Debtor"), submits this Notice of Removal in accordance with Rule
24  9027 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 9027-1, 28 U.S.C. §§
25  1452, 1334 and 157, and respectfully represents as follows:
26     1. The Debtor filed a voluntary Chapter 11 petition on December 15, 2016, commencing a
27  Chapter 11 bankruptcy case (the "Chapter 11 Case") which is pending before the United States
28  Bankruptcy Court for the Southern District of California.

2. At the time of the commencement of the Chapter 11 Case, a state court civil action (the "Civil Action") entitled *Ensighten, Inc.* v. *Apmetrix, Inc., et al.* was pending before the Superior Court of California for the County of San Diego, Central Division (the "State Court"). The action is designated as Case No. 37-2016-00029028-CU-BC-CTL (Civil Action"). The Civil Action, until the filing of this Notice of Removal and the filing of a copy of this Notice of Removal with the State Court, was pending before the State Court.

3. An interlocutory appeal of a preliminary injunction was separately pending before the Court of Appeals for the State of California, Fourth Appellate District, Division 1 (Case No. D071306). This appeal is being remove to the Bankruptcy Court as well and separate notices of removal will be sent to the Superior Court and the Court of Appeals.

4. This Notice of Removal is accompanied by a copy of process and pleadings in the Civil Action in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedure. The term "pleadings" is defined by Rule 7 of the Federal Rules of Civil Procedure. If additional documents relating to the Civil Action are required, the Debtor shall submit such documents. Attached hereto as Exhibits "1" through [last numbered exhibit] are true and correct copies of all pleadings filed in the Action prior to removal, as follows:

   Exhibit "1": Complaint filed by Ensighten, Inc. on August 22, 2016

   Exhibit "2": Application for Right to Attach Order, Temporary Protective Order, etc. filed by Ensighten Inc.

   Exhibit "3": Notice of Application and Hearing for Right to Attach Order and Writs of Attachment filed by Ensighten Inc.

   Exhibit "4": Ex Parte Application for Order Shortening Time

   Exhibit "5": Memorandum of Points and Authorities filed by Ensighten Inc.

   Exhibit "6": Ex Parte Application for Order Shortening Time (Ex Parte Application for Order Shortening Time re Preliminary Injunction) filed by Ensighten Inc.

   Exhibit "7": Memorandum of Points and Authorities (Memorandum of Points and Authorities in Support of Ex Parte Application for Temporary Restraining

NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION TO BANKRUPTCY COURT

Order and Order to Show Cause) filed by Ensighten Inc.

Exhibit "8": Declaration of Josh Manion in Support of Ex Parte Applications) filed by Ensighten Inc.

Exhibit "9": Declaration of Jay M. Ross in Support of Ex Parte Applications

Exhibit "10": Minute Order dated September 13, 2016

Exhibit "11": Supplemental Memorandum of Points and Authorities in support of Motions for Preliminary Injunction and Issuance of Right to Attach Order) filed by Ensighten Inc.

Exhibit "12": Declaration of Tim Benhart filed by Ensighten Inc.

Exhibit "13": Declaration of Andreas Jonsson filed by Ensighten Inc.

Exhibit "14": Opposition to Noticed Motion and Supporting Declarations filed by Apmetrix Inc.

Exhibit "15": Reply to Opposition of Noticed Motion and Supporting Declarations (Reply to Opposition to Motion for Issuance of Right to Attach Order) filed by Ensighten Inc.

Exhibit "16": Reply to Opposition of Noticed Motion and Supporting Declarations (Reply to Opposition to Motion for Preliminary Injunction) filed by Ensighten Inc.

Exhibit "17": Declaration of Josh Manion in Support of Replies to Oppositions filed by Ensighten Inc.

Exhibit "18": Declaration of Andreas Jonsson in Support of Replies to Oppositions) filed by Ensighten Inc.

Exhibit "19": Tentative Ruling for Motion Hearing (Civil) published.

Exhibit "20": Minutes finalized for Motion Hearing (Civil) heard 10/07/2016

Exhibit "21": Miscellaneous Minute Order dated October 13, 2016.

Exhibit "22": Right to Attach Order After Hearing and Order for Issuance of Writ of Attachment filed by Ensighten Inc.

Exhibit "23": Order and Preliminary Injunction) filed by Ensighten Inc.

|   |   |
|---|---|
| 1 | Exhibit "24": Ex Parte Application for Stay Right of Attachment Order filed by Apmetrix Inc. |
| 2 | Exhibit "25": Notice of Errata filed by Apmetrix Inc. |
| 3 | Exhibit "26": Minutes finalized for Ex Parte heard 10/26/2016 |
| 4 | Exhibit "27": Notice of Appeal |
| 5 | Exhibit "28": Notice of Automatic Stay of Enforcement of Preliminary Injunction; |
| 6 | Exhibit "29": Notice of Entry of Order |
| 7 | Exhibit "30": Record on Appeal Civil Case Index Form |
| 8 | Exhibit "31": Verified Answer to Apmetrix, Inc. to Ensighten, Inc.'s Verified Complaint |

Exhibit "24": Ex Parte Application for Stay Right of Attachment Order filed by Apmetrix Inc.

Exhibit "25": Notice of Errata filed by Apmetrix Inc.

Exhibit "26": Minutes finalized for Ex Parte heard 10/26/2016

Exhibit "27": Notice of Appeal

Exhibit "28": Notice of Automatic Stay of Enforcement of Preliminary Injunction;

Exhibit "29": Notice of Entry of Order

Exhibit "30": Record on Appeal Civil Case Index Form

Exhibit "31": Verified Answer to Apmetrix, Inc. to Ensighten, Inc.'s Verified Complaint

Exhibit "32": Defendant/Cross-Complainant Apmetrix, Inc.'s Cross-Complaint

Exhibit "33": Record on Appeal – Civil Case Index

Exhibit "34": Answer to Cross-Complaint filed by Ensighten, Inc.

5. The Civil Action, including all claims and causes of action asserted therein, is a civil action other than a proceeding before the United States Tax Court; and it is not a civil action by a governmental unit to enforce such governmental unit's police or regulatory power. The Civil Action was initiated prior to the commencement of the Chapter 11 Case.

6. The Civil Action is a civil proceeding related to the Chapter 11 Case. The Bankruptcy Court is presiding over the Chapter 11 case pursuant to the general reference with respect to Title 11 cases in the Southern District of California and 28 U.S.C. § 1134. Debtor is a defendant and cross-complainant in the Civil Action and at issue is the vitally important server and user-interface source code that Debtor utilizes as party of the services it provided to its clients, which includes a tailored solution of analytics and data management for its clients through a top-of-the-line scalable platform allowing its clients to have a deeper understanding of their customers' behavior. Apmetrix helps its clients streamline their operations and maximize their position within their industry.

///

7. The Civil Action alleges that The Civil Action further alleges that defendant Ensighten, Inc. breached the licensing agreement and defrauded Debtor. However, pre-petition, Ensighten, Inc. was able to obtain a Writ of Attachment and management to attach the bulk of Debtor's liquid assets that has caused the Debtor to default on employee wages and other payments. All such claims and causes of action between the parties have a clear and direct impact on property of the estate under 11 U.S.C. § 541. Resolution of the claims asserted in the Civil Action will significantly affect the administration of the estate, and will involve proceedings affecting the liquidation of assets of the estate and the adjustment of the debtor/creditor relationship and the equity security holder relationship. All such proceedings are core proceedings under 28 U.S.C. § 157. In the event that any claim or cause of action asserted in the Civil Action is determined to be non-core, the Debtor consents to entry of final orders or judgments by the bankruptcy judge.

8. Under the "bankruptcy removal" statute, any state court claim or cause of action falling within federal bankruptcy jurisdiction may be removed to the district court located in the district where the state court claim or cause of action is pending. The removed claim or cause of action is then automatically referred by the district court to the bankruptcy court. 28 U.S.C. § 1452(a) This Notice of Removal is filed less than Ninety (90) days after the Voluntary Petition in the Chapter 11 Case. As mentioned above, the civil Action was pending when the Chapter 11 Case was commenced. Each claim and cause of action in the Civil Action is related to the Chapter 11 Case. Removal of each claim and cause of action of the Civil Action to the Bankruptcy Court is authorized by 28 U.S.C. §§ 1452, 1334, and 157 and the General Order of the District Court for the Central District of California referring bankruptcy matters to the United States Bankruptcy Court for the district. Removal is in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedure.

NOW, THEREFORE, all parties to the Civil Action pending in the State Court as Case No. 37-2016-00029028-CU-BC-CTL are HEREBY NOTIFIED pursuant to Rule 9027(e) of the Federal Rules of Bankruptcy Procedure, as follows:

///

Removal of the entirety of the Civil Action and all claims and causes of action therein was effected upon the filing of a copy of this Notice of Removal with the Clerk of the State Courts pursuant to Rule 9027(c) of the Federal Rules of Bankruptcy Procedure. The Civil Action is removed in its entirety from the State Court to the Bankruptcy Court presiding over the Chapter 11 Case. Pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure, the parties to the State Court Action shall proceed no further in the State Court unless and until the State Court Action is remanded by the Bankruptcy Court.

Dated: December 15, 2016          By:    SMAHA LAW GROUP


                                         /s/ John L. Smaha
                                  John L. Smaha, Esq.
                                  [Proposed] Attorneys for Debtor,
                                  Apmetrix, Inc.

W:\Apmetrix Inc\Superior Court Action\101.Notice of Removal (BK Court).doc

NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION TO BANKRUPTCY COURT