CSD 1099 [12/01/16]
Name, Address, Telephone No. & I.D. No.
John L. Smaha, Esq. (Bar No. 95855)
Gustavo E. Bravo, Esq. (Bar No. 218752)
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, CA  92110
(619) 688-1557

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Apmetrix, Inc., a Delaware corporation

BANKRUPTCY NO.  16-07584-LT11

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the original with the number of copies required by CSD 1800 Administrative Procedures of the  following [Check one or more boxes as appropriate]:

- ☒ Schedules A/B - J
- ☒ Statement of Financial Affairs
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☒ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
- ☐ Chapter 7 Statement of Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Chapter 13 Plan
- ☐ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt
- ☐ Creditors Holding Secured Claims by Property
- ☐ Creditors Holding Unsecured Priority and/or Non-priority Claims:
- ☐ Schedule of Executory Contracts & Unexpired Leases
- ☐ Schedule of Co-Debtors
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2

**If additional creditors are added at this time, the following are required:**
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules.*  See instructions on reverse side.

Dated:  December 29, 2016        Signed: _____

                                                        Attorney for Debtor

I[We]  Lee Jacobson                      and _____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of _____ pages, and on the creditor matrix, if any, is true and correct.

Dated:  December 29, 2016

_____                    _____
*Debtor                                                          *Joint Debtor
*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099                                                                Refer to Instructions on Reverse Side

CSD 1099 (Page 2) [12/01/16]

## INSTRUCTIONS

1.  Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.  If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3.  If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below via the following method(s):

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___December 29, 2016___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked above:

    Haeji Hong:               Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
    Monique Jewett-Brewster:  mjb@hopkinscarley.com, vtorres@hopkinscarley.com
    John L. Smaha:            jsmaha@smaha.com, bravo@smaha.com;mdawson@smaha.com;jteague@smaha.com
    United States Trustee:    ustp.region15@usdoj.gov

    ☐   Chapter 7 Trustee:

    ☒   For Chpt. 7, 11, & 12 cases:      ☐  For ODD numbered Chapter 13 cases:      ☐  For EVEN numbered Chapter 13 cases:

        UNITED STATES TRUSTEE               THOMAS H. BILLINGSLEA, JR., TRUSTEE        DAVID L. SKELTON, TRUSTEE
        ustp.region15@usdoj.gov             Billingslea@thb.coxatwork.com              admin@ch13.sdcoxmail.com
                                                                                       dskelton13@ecf.epiqsystems.com

2.  **Served by United States Mail or Overnight Mail:**

    On ___December 29, 2016___, I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

CSD 1099

CSD 1099 (Page 3) [12/01/16]

3.    **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    December 29, 2016                     /s/ Amelda M. Dawson
                          (Date)                                              (Typed Name and Signature)

                                                              2398 San Diego Avenue
                                                              (Address)

                                                              San Diego, CA  92110
                                                              (City, State, ZIP Code)

CSD 1099

Fill in this information to identify the case:

Debtor name  **Apmetrix, Inc., a Delaware corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **16-07584**

☐ Check if this is an
   amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**  **Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................    $            0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $    10,916,442.75

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................    $    10,916,442.75

**Part 2:**  **Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $            0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $            0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    4,341,909.07

4.  **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                                                                                                $    4,341,909.07

**Fill in this information to identify the case:**

Debtor name    **Apmetrix, Inc., a Delaware corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **16-07584**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

|  |  |  | | Current value of debtor's interest |
|---|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Silicon Valley Bank | Checking | 6601 | $0.00 |
| 3.2. | Chase Bank | Checking Account | 1602 | $190.00 |
| **4.** | **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | Funds held by Silicon Valley Bank due to writ of attachment (To Be Released) | | | $55,244.24 |
| 4.2. | Funds held by Santa Clara County Sheriff due to writ of attachment (To Be Released) | | | $335,022.51 |

**5.**    **Total of Part 1.**      $390,456.75

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Apmetrix, Inc., a Delaware corporation**                    Case number *(If known)*   **16-07584**
             Name

**7.**    **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

    **7.1.**    **PS Business Park (Landlord)**                                                        $7,786.00

    **7.2.**    **SDG&E**                                                                          $1,775.00

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

**9.**    **Total of Part 2.**                                                                  $9,561.00
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.** Office furniture<br>Standard Office Equipment | $0.00 | Opinion of Value | $1,636.00 |
| **40.** Office fixtures | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Apmetrix, Inc., a Delaware corporation**                    Case number *(If known)* **16-07584**
_____
Name

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | |
|---|---|---|---|
| | 3 Used Computers | $0.00 | $500.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $2,136.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Lease of 6450 Lusk Blvd., Ste. E208, San Diego, CA 92121 (Office Building) from PS Business Parks at $3,743 a month expiring in July of 2018. | Lease | $0.00 | | $0.00 |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Apmetrix, Inc., a Delaware corporation**                    Case number *(If known)*  **16-07584**
          Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets<br>**Copyright for software dm2csv** | $0.00 | Debtor Estimate | $100,000.00 |
|      **Trademarks for Apmetrix; Appmetrix; EmoAnalytics; Spatial Analytics; EmoIntelligence** | $0.00 | Debtor Estimate | $5,000.00 |
| 61.  Internet domain names and websites<br>**Apmetrix.com and Appmetrix.com** | $0.00 | Debtor Estimate | $1,000.00 |
| 62.  Licenses, franchises, and royalties<br>**Software License Agreement with Ensighten, Inc.** | Unknown | Unavailable | Unknown |
| 63.  Customer lists, mailing lists, or other compilations<br>**Customer List** | $0.00 | Debtor Estimate | $10,000.00 |
| 64.  Other intangibles, or intellectual property<br>**Work in progress Apmetrix Horizon Analytics Platform** | $0.00 | | $2,300,000.00 |
| 65.  Goodwill<br>**Goodwill** | $0.00 | | $4,800,000.00 |

66.    **Total of Part 10.**                                                                    | $7,216,000.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107)?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Apmetrix, Inc., a Delaware corporation**    Case number *(If known)*  **16-07584**
Name

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

    | | | | Current value of debtor's interest |
    |---|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    | Description | Tax year | Current value |
    |---|---|---|
    | Unused NOL | Tax year 2013 | $607,046.00 |
    | Unused NOL | Tax year 2014 | $950,297.00 |
    | NOL | Tax year 2015 | $440,946.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Claims against Ensighten, Inc., currently in litigation by removed cross-complaint and pending copyright infringement lawsuit.                                          $1,300,000.00

    | Nature of claim | Copyright Infringment, Breach of Contract, etc |
    |---|---|
    | Amount requested | $1,300,000.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                       $3,298,289.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Apmetrix, Inc., a Delaware corporation**      Case number *(if known)* **16-07584**
Name

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $390,456.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,561.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,136.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $7,216,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,298,289.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,916,442.75 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,916,442.75 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

**Fill in this information to identify your case:**

Debtor 1　　　Lee Jacobson
　　　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the:　SOUTHERN DISTRICT OF CALIFORNIA

Case number　16-07584
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:　Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

　☐ You are claiming state and federal nonbankruptcy exemptions.　11 U.S.C. § 522(b)(3)

　☐ You are claiming federal exemptions.　11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

　☑ No

　☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

　　☐ No

　　☐ Yes

**Fill in this information to identify the case:**

Debtor name    **Apmetrix, Inc., a Delaware corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **16-07584**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __Apmetrix, Inc., a Delaware corporation__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) __16-07584__

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>American Express<br>Box 0001<br>Los Angeles, CA 90096-8000<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __3009__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Credit__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $38,907.29 |
| **3.2** | Nonpriority creditor's name and mailing address<br>Andreas Roell<br>c/o Analytics Ventures<br>225 West Broadway, Ste. 430<br>San Diego, CA 92101<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Convertible Note 1__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $55,666.67 |
| **3.3** | Nonpriority creditor's name and mailing address<br>Asaf Benhaim<br>c/o Navid Alipour<br>223 G Avenue<br>Coronado, CA 92118<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Convertible Notes 1 and 2__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $82,466.67 |
| **3.4** | Nonpriority creditor's name and mailing address<br>Blaise Barrelet<br>16627 Los Morros<br>Encinitas, CA 92024<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Convertible Notes 1, 2, 3 and 4__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $447,666.67 |

| Debtor | Apmetrix, Inc., a Delaware corporation | Case number (if known) | 16-07584 |
|--------|--------|--------|--------|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,252.51 |
|---|---|---|---|

**Blue Shield**
**Installation & Billing - Group**
**P.o. Box 3008**
**Lodi, CA 95241-3008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1000**

Basis for the claim:  **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,133.33 |
|---|---|---|---|

**Brad Weekes**
**c/o Navid Alipour**
**223 G Avenue**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note 1**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,000.00 |
|---|---|---|---|

**Bridgestart (Peter Zajac)**
**1317 Ynez Place**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note 1**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,733.33 |
|---|---|---|---|

**Charles Villano**
**2939 Bayside Lane**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note 1**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,000.00 |
|---|---|---|---|

**Converge Direct**
**33 East 33rd Street, 3rd Flr.**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note 1**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,666.67 |
|---|---|---|---|

**David Frakes**
**c/o Damien Lanyon**
**3790 Via De La Valle, #124E**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note 1**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,800.00 |
|---|---|---|---|

**Dennis Sarabi**
**400 Newport Center Dr., #610**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Notes 1 and 2**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Apmetrix, Inc., a Delaware corporation | Case number (if known) | 16-07584 |
|---|---|---|---|
| | Name | | |

---

**3.12** Nonpriority creditor's name and mailing address
Dinsmore and Shohl, LLP
P.O. Box 639038
Cincinnati, OH 45263-9038

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Services

Is the claim subject to offset? ☑ No ☐ Yes

**$49,598.06**

---

**3.13** Nonpriority creditor's name and mailing address
Ensighten, Inc.
c/o Jay M. Ross
70 South First Street
San Jose, CA 95113

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Civil Lawsuit

Is the claim subject to offset? ☐ No ☑ Yes

**$478,000.00**

---

**3.14** Nonpriority creditor's name and mailing address
George Gould
c/o Analytics Ventures
225 West Broadway, Ste. 430
San Diego, CA 92101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Note 1

Is the claim subject to offset? ☑ No ☐ Yes

**$118,000.00**

---

**3.15** Nonpriority creditor's name and mailing address
Gilles Godard
13545 Tierra Vista Circle
San Diego, CA 92130

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Note 1

Is the claim subject to offset? ☑ No ☐ Yes

**$10,866.67**

---

**3.16** Nonpriority creditor's name and mailing address
HTC
c/o Marc Metis
590 York Street
San Francisco, CA 94110

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Note 1

Is the claim subject to offset? ☑ No ☐ Yes

**$205,333.33**

---

**3.17** Nonpriority creditor's name and mailing address
Isaac Ovadia
c/o Navid Alipour
223 G Avenue
Coronado, CA 92118

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Note 1

Is the claim subject to offset? ☑ No ☐ Yes

**$52,333.33**

---

**3.18** Nonpriority creditor's name and mailing address
Jacob Sepochnick
1502 Sixth Avenue
San Diego, CA 92101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Notes 1, 2 and 3

Is the claim subject to offset? ☑ No ☐ Yes

**$38,930.00**

---

| Debtor | Apmetrix, Inc., a Delaware corporation | Case number (if known) | 16-07584 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,666.67 |
|---|---|---|---|

**3.19**

Nonpriority creditor's name and mailing address
James Grisolia
2868 Dove Street
San Diego, CA 92103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

$126,666.67

---

**3.20**

Nonpriority creditor's name and mailing address
Jose Oldak
c/o Navid Alipour
223 G Avenue
Coronado, CA 92118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

$26,833.33

---

**3.21**

Nonpriority creditor's name and mailing address
Josh Cantor
c/o Damien Lanyon
3790 Via De La Valle, #124E
Del Mar, CA 92014

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

$51,666.67

---

**3.22**

Nonpriority creditor's name and mailing address
K1 Beam One
4238 Philbrook Square
San Diego, CA 92130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Notes 1 and 2__

Is the claim subject to offset? ■ No ☐ Yes

$448,733.33

---

**3.23**

Nonpriority creditor's name and mailing address
La Costa Investments
941 Orange Avenue, Ste. 309
Coronado, CA 92118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Notes 1, 2, 3, 4, and 5__

Is the claim subject to offset? ■ No ☐ Yes

$358,200.00

---

**3.24**

Nonpriority creditor's name and mailing address
Lee Jacobson
645 Front St., Unit 1803
San Diego, CA 92101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

$5,433.33

---

**3.25**

Nonpriority creditor's name and mailing address
Mark Caldwell
3650 Torrey View Court
San Diego, CA 92130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

$38,033.33

---

| Debtor | Apmetrix, Inc., a Delaware corporation | Case number (if known) | 16-07584 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57,666.67 |
| | Matt Seefeld | ☐ Contingent | |
| | c/o Navid Alipour | ☐ Unliquidated | |
| | 223 G Avenue | ☐ Disputed | |
| | San Diego, CA 92119 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Convertible Note 1__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,333.33 |
| | Neil Billock | ☐ Contingent | |
| | c/o Damien Lanyon | ☐ Unliquidated | |
| | 3790 Via De La Valle, #124E | ☐ Disputed | |
| | Del Mar, CA 92014 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Convertible Note 1__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196,366.66 |
| | Newport Holding, LLC | ☐ Contingent | |
| | c/o Dominic DiPiero | ☐ Unliquidated | |
| | 12 Broad St., 5th Flr. | ☐ Disputed | |
| | Red Bank, NJ 07701 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Convertible Notes 1 and 2__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
| | Olivier Silvestre | ☐ Contingent | |
| | 24851 Abalar Way | ☐ Unliquidated | |
| | Ramona, CA 92065 | ☐ Disputed | |
| | Date(s) debt was incurred __12/14/2016__ | Basis for the claim: __Loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,600.00 |
| | Olivier Silvestre | ☐ Contingent | |
| | 24851 Abalar Way | ☐ Unliquidated | |
| | Ramona, CA 92065 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Convertible Note__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,666.67 |
| | Paul Grinberg | ☐ Contingent | |
| | c/o Damien Lanyon | ☐ Unliquidated | |
| | 3790 Via De La Valle, #124E | ☐ Disputed | |
| | Del Mar, CA 92014 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Convertible Note 1__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,743.00 |
| | PS Business Park | ☐ Contingent | |
| | 6440 Lusk Blvd., Ste. D200 | ☐ Unliquidated | |
| | San Diego, CA 92121 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Unpaid Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   __Apmetrix, Inc., a Delaware corporation_____    Case number (if known)    __16-07584_____
         Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,000.00 |
|---|---|---|---|

Ryan McAweeney
c/o Damien Lanyon
3790 Via De La Valle, #124E
Del Mar, CA 92014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.55 |
|---|---|---|---|

SDG&E
PO Box 25111
Santa Ana, CA 92799

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Unpaid Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,000.00 |
|---|---|---|---|

Silicon Valley Bank
P.O. Box 660254
Dallas, TX 75266-0254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __9050__

Basis for the claim: __Master Card__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,866.67 |
|---|---|---|---|

Stath Karras
326 San Lucas Drive
Solana Beach, CA 92075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,666.67 |
|---|---|---|---|

Stephane Richard
4760 Campanile Drive
San Diego, CA 92115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606,666.67 |
|---|---|---|---|

Taner Halicioglu
990 Highland Dr., Ste. 314
Solana Beach, CA 92075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,000.00 |
|---|---|---|---|

Tom Marrianacci
33 East 33rd Street, 3rd Flr.
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Convertible Note 1__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apmetrix, Inc., a Delaware corporation** | Case number (if known) | 16-07584 |
|---|---|---|---|
| | Name | | |

| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,441.66 |
|---|---|---|---|

**Torrey Pines Law Group**
12636 High Bluff Dr., Ste. 400
San Diego, CA 92130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,333.33 |
|---|---|---|---|

**Troy Steiner**
c/o Damien Lanyon
3790 Via De La Valle, #124E
Del Mar, CA 92014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Convertible Note 1**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| **3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,333.33 |
|---|---|---|---|

**Ty Kalklosch**
c/o Navid Alipour
223 G Avenue
Coronado, CA 92118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Convertible Note 1**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,600.00 |
|---|---|---|---|

**UCSD-PPS, LLC(Doug Hecht)**
c/o Navid Alipour
223 G Avenue
Coronado, CA 92118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Convertible Note 1**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,066.67 |
|---|---|---|---|

**Zayad Moussa**
c/o Navid Alipour
223 G Avenue
Coronado, CA 92118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Convertible Notes 1 and 2**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | 4,341,909.07 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,341,909.07 |

Fill in this information to identify the case:

Debtor name **Apmetrix, Inc., a Delaware corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **16-07584**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**       State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing Agreement** | |
| | State the term remaining | **Unknown** | **Ensighten, Inc.** |
| | List the contract number of any government contract | | 1741 Technology Dr., Ste. 500 San Jose, CA 95110 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor as Tenant** | |
| | State the term remaining | **July 2018** | **PS Business Park** |
| | List the contract number of any government contract | | 6440 Lusk Blvd., Ste. D200 San Diego, CA 92121 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Apmetrix, Inc., a Delaware corporation__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) __16-07584__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street <br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Lee Jacobson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **16-07584** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | _____ | _____ |
| Employer's name | | _____ | _____ |
| Employer's address | | _____ | _____ |
| How long employed there? | | _____ | _____ |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1   **Apmetrix, Inc., a Delaware corporation**                     Case number *(if known)*   **16-07584**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .......................................... | 4. | $              0.00 | $              0.00 |

5.  List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $              0.00 | $              0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $              0.00 | $              0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $              0.00 | $              0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $              0.00 | $              0.00 |
| 5e. | Insurance | 5e. | $              0.00 | $              0.00 |
| 5f. | Domestic support obligations | 5f. | $              0.00 | $              0.00 |
| 5g. | Union dues | 5g. | $              0.00 | $              0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $              0.00 + | $              0.00 |

6.  Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $              0.00   $              0.00

7.  Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $              0.00   $              0.00

8.  List all other income regularly received:

| | | | |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $              0.00 | $              0.00 |
| 8b. | Interest and dividends | 8b. | $              0.00 | $              0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $              0.00 | $              0.00 |
| 8d. | Unemployment compensation | 8d. | $              0.00 | $              0.00 |
| 8e. | Social Security | 8e. | $              0.00 | $              0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $              0.00 | $              0.00 |
| 8g. | Pension or retirement income | 8g. | $              0.00 | $              0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $              0.00 + | $              0.00 |

9.  Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $              0.00   $              0.00

10.  Calculate monthly income. Add line 7 + line 9.   10.   $              0.00  +  $              0.00  =  $              0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$              0.00

12.  Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $              0.00

**Combined monthly income**

13.  Do you expect an increase or decrease within the year after you file this form?
☐  No.
☐  Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1        **Lee Jacobson**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number   **16-07584**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1.  **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☑ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

☐ Yes.  Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 0.00 |
| If not included in line 4: |  |  |
| 4a.  Real estate taxes | 4a.  $ | 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b.  $ | 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c.  $ | 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5.  Additional mortgage payments for your residence, such as home equity loans | 5.  $ | 0.00 |

Debtor 1    Apmetrix, Inc., a Delaware corporation                    Case number (if known)    16-07584

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b.    Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d.    Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | 0.00 |
| | 15b.    Health insurance | 15b. $ | 0.00 |
| | 15c.    Vehicle insurance | 15c. $ | 0.00 |
| | 15d.    Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.    Other. Specify: | 17c. $ | 0.00 |
| | 17d.    Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a. $ | 0.00 |
| | 20b.    Real estate taxes | 20b. $ | 0.00 |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 0.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.    Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b.    Copy your monthly expenses from line 22c above. | 23b. -$ | 0.00 |
| | 23c.    Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☐ Yes.        Explain here:

**Fill in this information to identify the case:**

Debtor name __**Apmetrix, Inc., a Delaware corporation**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) __**16-07584**__

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | $263,674.00 |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $534,949.00 |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | $88,490.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    Apmetrix, Inc., a Delaware corporation                                    Case number *(if known)*  16-07584

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Silicon Valley Bank<br>P.o. Box 660254<br>Dallas, TX 75266-0254 | 10/05/2016;<br>10/11/2016;<br>12/05/2016 | $26,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | 10/05/2016;<br>10/11/2016;<br>12/05/2016 | $38,907.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Blue Shield<br>Installation & Billing - Group<br>P.O. Box 3008<br>Lodi, CA 95241-3008 | 10/05/2016;<br>11/04/2016 | $12,781.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    Apmetrix, Inc., a Delaware corporation                          Case number *(if known)*  16-07584

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ensighten, Inc. v. Apmetrix, Inc.<br>37-2016-00029028-CU-BC-CTL | Civil Litigation | Superior Court of California - Central<br>330 West Broadway<br>San Diego, CA 92101 | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.2. | Apmetrix, Inc. v. Ensighten, Inc.<br>3-16-cv-02498-CAB-BGS | Civil Litigation;<br>Copyright Infringement | District Court of California<br>So. Distric<br>221 West Broadway<br>San Diego, CA 92101 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     Apmetrix, Inc., a Delaware corporation _____     Case number *(if known)*  16-07584 _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | John L. Smaha SMAHA LAW GROUP 2398 San Diego Avenue San Diego, CA 92110 | | 12/13/2016 11/06/2016 | $20,425.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 5414 Oberlin Dr., #200 San Diego, CA 92121 | 01/2013 through 07/2016 |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Apmetrix, Inc., a Delaware corporation | Case number (if known) | 16-07584 |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | Apmetrix, Inc., a Delaware corporation | Case number *(if known)* 16-07584 |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25.** Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26.** Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Gilles Godard<br>6450 Lusk Blvd., #E208<br>San Diego, CA 92121 | 10/2012 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | Apmetrix, Inc., a Delaware corporation | Case number *(if known)* | 16-07584 |

**Name and address**                                    If any books of account and records are
                                                         unavailable, explain why

| 26c.1. | Lee Jacobson<br>6450 Lusk Blvd., #E208<br>San Diego, CA 92121 |
| 26c.2. | Gilles Godard<br>6450 Lusk Blvd., #E208<br>San Diego, CA 92121 |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lee Jacobson, CEO | 6450 Lusk Blvd., #E208<br>San Diego, CA 92121 | CEO | 37.5% |
| Philippe Erwin | 6450 Lusk Blvd., #E208<br>San Diego, CA 92121 | General Counsel | 1% |
| Mark Caldwell | 6450 Lusk Blvd., #E208<br>San Diego, CA 92121 | CTO | 20% |
| Gilles Godard | 6450 Lusk Blvd., #E208<br>San Diego, CA 92121 | CFO | 3% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Blaise Barrelet | 16627 Los Morros<br>Encinitas, CA 92024 | Owner (Still owner, no longer involved in day to day) | 25% |

Debtor    Apmetrix, Inc., a Delaware corporation                    Case number (if known)  16-07584

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Lee Jacobson<br>6450 Lusk Blvd., #E208<br>San Diego, CA 92121 | $74,391.94 | Various (See Attached) | |
| | Relationship to debtor<br>CEO | | | |
| 30.2 | Mark Caldwell<br>6450 Lusk Blvd., #E208<br>San Diego, CA 92121 | $78,000 | Various (See Attached) | |
| | Relationship to debtor<br>CTO | | | |
| 30.3 | Gilles Godard<br>6450 Lusk Blvd., #208<br>San Diego, CA 92121 | $65,924.66 | Various (See Attached) | |
| | Relationship to debtor<br>CFO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor  __Apmetrix, Inc., a Delaware corporation_____    Case number *(if known)* __16-07584_____

---

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 29, 2016_____

/s/ Lee Jacobson_____    __Lee Jacobson_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __CEO_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Lee Jacobson, CEO

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|------|---------|-----|-------|--------|---------|
| Check | 12/07/2016 | 1922 | Lee Jacobson | | Checking SVB | ✓ | -SPLIT- | -4,425.00 | -4,425.00 |
| Check | 12/07/2016 | 1922 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,000.00 | -425.00 |
| Check | 12/07/2016 | 1922 | Lee Jacobson | Smaha Law Group | Legal Expense | | Checking SVB | 425.00 | 0.00 |
| Check | 11/17/2016 | 1004 | Lee Jacobson | | Checking Chase | | Professional Fees | -3,000.00 | -3,000.00 |
| Check | 11/17/2016 | 1004 | Lee Jacobson | | Professional Fees | ✓ | Checking Chase | 3,000.00 | 0.00 |
| Check | 11/04/2016 | 1900 | Lee Jacobson | | Checking SVB | | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 11/04/2016 | 1900 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 10/17/2016 | 1893 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 10/17/2016 | 1893 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 09/30/2016 | 1879 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 09/30/2016 | 1879 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 09/15/2016 | 1870 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 09/15/2016 | 1870 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 08/31/2016 | 1856 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 08/31/2016 | 1856 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 08/15/2016 | 1844 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 08/15/2016 | 1844 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 07/31/2016 | 1825 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 07/31/2016 | 1825 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 07/14/2016 | 1812 | Lee Jacobson | Exp Rep | Checking SVB | ✓ | Furniture and Equipm | -437.40 | -437.40 |
| Check | 07/14/2016 | 1812 | Lee Jacobson | On a Budget Furniture - Lo | Furniture and Equipment | | Checking SVB | 437.40 | 0.00 |
| Check | 07/14/2016 | 1815 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 07/14/2016 | 1815 | Lee Jacobson | July 1 - July 15 | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 06/30/2016 | 1801 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 06/30/2016 | 1801 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 06/21/2016 | 1789 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 06/21/2016 | 1789 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 05/31/2016 | 1775 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 05/31/2016 | 1775 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 05/18/2016 | 1768 | Lee Jacobson | Exp Rep | Checking SVB | ✓ | Office Event | -29.54 | -29.54 |
| Check | 05/18/2016 | 1768 | Lee Jacobson | Papa John's Pizza | Office Event | | Checking SVB | 29.54 | 0.00 |
| Check | 05/13/2016 | 1764 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 05/13/2016 | 1764 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 04/30/2016 | 1747 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 04/30/2016 | 1747 | Lee Jacobson | April 16 - April 30 | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 04/08/2016 | 1735 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 04/08/2016 | 1735 | Lee Jacobson | | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |
| Check | 03/25/2016 | 1724 | Lee Jacobson | | Checking SVB | ✓ | Professional Fees | -4,100.00 | -4,100.00 |
| Check | 03/25/2016 | 1724 | Lee Jacobson | March 15 - March 31 | Professional Fees | | Checking SVB | 4,100.00 | 0.00 |

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|------|---------|-----|-------|--------|---------|
| Deposit | 01/05/2016 | 2215 | Lee Jacobson | Lee Jacobson | Checking SVB | ✓ | Notes Payable | 5,000.00 | 5,000.00 |
| Deposit | 01/05/2016 | 2215 | Lee Jacobson | Lee Jacobson | Notes Payable | | Checking SVB | -5,000.00 | 0.00 |

Mark Caldwell, CTO

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|------|---------|-----|-------|--------|---------|
| Check | 12/07/2016 | 1923 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -4,000.00 | -4,000.00 |
| Check | 12/07/2016 | 1923 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 4,000.00 | 0.00 |
| Check | 11/17/2016 | 1005 | MEGS Consulting, Inc | | Checking Chase | | Professional Fees | -4,000.00 | -4,000.00 |
| Check | 11/17/2016 | 1005 | MEGS Consulting, Inc | | Professional Fees | | Checking Chase | 4,000.00 | 0.00 |
| Check | 11/04/2016 | 1902 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 11/04/2016 | 1902 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 10/19/2016 | 1895 | MEGS Consulting VOID: | | Checking SVB | ✓ | Professional Fees | 0.00 | 0.00 |
| Check | 10/19/2016 | 1895 | MEGS Consulting Oct. 1 - Oct. 15, 2016 | | Professional Fees | ✓ | Checking SVB | 0.00 | 0.00 |
| Check | 09/30/2016 | 1882 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 09/30/2016 | 1882 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 09/15/2016 | 1871 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 09/15/2016 | 1871 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 08/31/2016 | 1855 | MEGS Consulting, Inc | | Checking SVB | | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 08/31/2016 | 1855 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 08/15/2016 | 1845 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 08/15/2016 | 1845 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 07/31/2016 | 1826 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 07/31/2016 | 1826 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 07/14/2016 | 1816 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 07/14/2016 | 1816 | MEGS Consulting, July 1 - July 15 | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 06/30/2016 | 1802 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 06/30/2016 | 1802 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 06/21/2016 | 1790 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 06/21/2016 | 1790 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 05/31/2016 | 1776 | MEGS Consulting, May 15 - May 31 | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 05/31/2016 | 1776 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 05/17/2016 | 1765 | MEGS Consulting, May 1 - May 15 | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 05/17/2016 | 1765 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 04/30/2016 | 1750 | MEGS Consulting, April 16 - April 30 | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 04/30/2016 | 1750 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 04/08/2016 | 1736 | MEGS Consulting, Inc | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 04/08/2016 | 1736 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 03/25/2016 | 1725 | MEGS Consulting, March 15 - March 31 | | Checking SVB | ✓ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 03/25/2016 | 1725 | MEGS Consulting, Inc | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|------|---------|-----|-------|--------|---------|

Gilles Godard, CFO

| Type | Date | Num | Name | Memo | Account | Clr | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/02/2016 | 1914 | Gilles Godard | | Checking SVB | | Salary | -2,939.68 | -2,939.68 |
| Check | 12/02/2016 | 1914 | Gilles Godard | Net Pay 112516 | Salary | | Checking SVB | 2,939.68 | 0.00 |
| Check | 11/17/2016 | 1003 | Gilles Godard | | Checking Chase | | Salary | -2,939.68 | -2,939.68 |
| Check | 11/17/2016 | 1003 | Gilles Godard | Net Payroll 111116 | Salary | | Checking Chase | 2,939.68 | 0.00 |
| Check | 11/04/2016 | 1901 | Gilles Godard | | Checking SVB | √ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 11/04/2016 | 1901 | Gilles Godard | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 10/17/2016 | 1892 | Gilles Godard | Exp Rep | Checking SVB | √ | Meals and Entertain | -177.96 | -177.96 |
| Check | 10/17/2016 | 1892 | Gilles Godard | Lunch w/Blaise | Meals and Entertainment | | Checking SVB | 177.96 | 0.00 |
| Check | 10/10/2016 | 1889 | Gilles Godard | | Checking SVB | √ | Bonuses | -2,500.00 | -2,500.00 |
| Check | 10/10/2016 | 1889 | Gilles Godard | | Bonuses | | Checking SVB | 2,500.00 | 0.00 |
| General Journal | 10/07/2016 | 159 | Gilles Godard | October | Prepaid Expenses | | Professional Fees | -5,000.00 | -5,000.00 |
| General Journal | 10/07/2016 | 159 | Gilles Godard | October | Professional Fees | | Prepaid Expenses | 5,000.00 | 0.00 |
| Check | 10/05/2016 | 1886 | Gilles Godard | Exp Rep | Checking SVB | √ | Meals and Entertain | -242.20 | -242.20 |
| Check | 10/05/2016 | 1886 | Gilles Godard | Beesall Lunch w/Pelin and | Meals and Entertainment | | Checking SVB | 242.20 | 0.00 |
| Check | 09/29/2016 | 1876 | Gilles Godard | Exp Rep | Checking SVB | √ | -SPLIT- | -580.02 | -580.02 |
| Check | 09/29/2016 | 1876 | Gilles Godard | UPS Store Postage and Fr | Postage and Delivery | | Checking SVB | 132.00 | -448.02 |
| Check | 09/29/2016 | 1876 | Gilles Godard | UPS Store for Notary Servi | Dues and Subscriptions | | Checking SVB | 10.00 | -438.02 |
| Check | 09/29/2016 | 1876 | Gilles Godard | Meal With Renee | Meals and Entertainment | | Checking SVB | 240.88 | -197.14 |
| Check | 09/29/2016 | 1876 | Gilles Godard | Meal w/Olivier and JM | Meals and Entertainment | | Checking SVB | 160.43 | -36.71 |
| Check | 09/29/2016 | 1876 | Gilles Godard | Meal w/Octavio Jerome Oli | Meals and Entertainment | | Checking SVB | 36.71 | 0.00 |
| Check | 09/28/2016 | 1877 | Gilles Godard | | Checking SVB | √ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 09/28/2016 | 1877 | Gilles Godard | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 09/14/2016 | 1868 | Gilles Godard | Exp Rep | Checking SVB | √ | Meals and Entertain | -140.80 | -140.80 |
| Check | 09/14/2016 | 1868 | Gilles Godard | Lunch Olivier JM | Meals and Entertainment | | Checking SVB | 140.80 | 0.00 |
| Check | 09/09/2016 | 1866 | Gilles Godard | | Checking SVB | √ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 09/09/2016 | 1866 | Gilles Godard | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 08/31/2016 | 1858 | Gilles Godard | Exp Rep | Checking SVB | √ | Meals and Entertain | -205.17 | -205.17 |
| Check | 08/31/2016 | 1858 | Gilles Godard | Dinner with Pelin Thorogo | Meals and Entertainment | | Checking SVB | 205.17 | 0.00 |
| Check | 08/23/2016 | 1851 | Gilles Godard | | Checking SVB | √ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 08/23/2016 | 1851 | Gilles Godard | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 08/15/2016 | 1841 | Gilles Godard | Exp Rep | Checking SVB | √ | Meals and Entertain | -159.70 | -159.70 |
| Check | 08/15/2016 | 1841 | Gilles Godard | Lunch W/ Blaise | Meals and Entertainment | | Checking SVB | 159.70 | 0.00 |
| Check | 08/11/2016 | 1840 | Gilles Godard | Exp Rep | Checking SVB | √ | -SPLIT- | -79.48 | -79.48 |
| Check | 08/11/2016 | 1840 | Gilles Godard | UPS | Postage and Delivery | | Checking SVB | 5.49 | -73.99 |
| Check | 08/11/2016 | 1840 | Gilles Godard | USPS Stamps | Postage and Delivery | | Checking SVB | 47.00 | -26.99 |
| Check | 08/11/2016 | 1840 | Gilles Godard | Vons | Office Supplies | | Checking SVB | 26.99 | 0.00 |
| Check | 07/31/2016 | 1827 | Gilles Godard | | Checking SVB | √ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 07/31/2016 | 1827 | Gilles Godard | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 07/25/2016 | 1820 | Gilles Godard | Exp Rep | Checking SVB | √ | -SPLIT- | -363.19 | -363.19 |
| Check | 07/25/2016 | 1820 | Gilles Godard | Meal w/Pelin at RVR for the | Meals and Entertainment | | Checking SVB | 187.39 | -175.80 |

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 07/25/2016 | 1820 | Gilles Godard | Meal w/Sprinkles at Ken St | Meals and Entertainment | | Checking SVB | 175.80 | 0.00 |
| Check | 07/14/2016 | 1817 | Gilles Godard | Exp Rep | Checking SVB | √ | Meals and Entertainment | -108.91 | -108.91 |
| Check | 07/14/2016 | 1817 | Gilles Godard | Papa Johns Pizza for Offic | Meals and Entertainment | | Checking SVB | 108.91 | 0.00 |
| Check | 06/28/2016 | 1797 | Gilles Godard | Exp Rep | Checking SVB | √ | -SPLIT- | -1,690.00 | -1,690.00 |
| Check | 06/28/2016 | 1797 | Gilles Godard | Moving Company - Office r | Professional Fees | | Checking SVB | 1,650.00 | -40.00 |
| Check | 06/28/2016 | 1797 | Gilles Godard | Home Depot - Keyes for ne | Office Supplies | | Checking SVB | 31.91 | -8.09 |
| Check | 06/28/2016 | 1797 | Gilles Godard | Mileage for Courtney to Ho | Travel Expense | | Checking SVB | 8.09 | 0.00 |
| Check | 06/21/2016 | 1791 | Gilles Godard | | Checking SVB | √ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 06/21/2016 | 1791 | Gilles Godard | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 06/15/2016 | 1787 | Gilles Godard | Exp Rep | Checking SVB | √ | -SPLIT- | -145.35 | -145.35 |
| Check | 06/15/2016 | 1787 | Gilles Godard | BevMo | Office Event | | Checking SVB | 106.86 | -38.49 |
| Check | 06/15/2016 | 1787 | Gilles Godard | Wine Sellar | Meals and Entertainment | | Checking SVB | 38.49 | 0.00 |
| Check | 06/01/2016 | 1781 | Gilles Godard | Exp Rep | Checking SVB | √ | -SPLIT- | -155.15 | -155.15 |
| Check | 06/01/2016 | 1781 | Gilles Godard | Blaise | Meals and Entertainment | | Checking SVB | 100.16 | -54.99 |
| Check | 06/01/2016 | 1781 | Gilles Godard | Champagne Friday | Office Event | | Checking SVB | 54.99 | 0.00 |
| Check | 05/18/2016 | 1770 | Gilles Godard | Exp Rep | Checking SVB | √ | Meals and Entertainment | -109.48 | -109.48 |
| Check | 05/18/2016 | 1770 | Gilles Godard | Meal with Blaise | Meals and Entertainment | | Checking SVB | 109.48 | 0.00 |
| Check | 05/13/2016 | 1763 | Gilles Godard | Exp Rep | Checking SVB | √ | Office Event | -190.00 | -190.00 |
| Check | 05/13/2016 | 1763 | Gilles Godard | Champagne Friday | Office Event | | Checking SVB | 190.00 | 0.00 |
| Check | 05/04/2016 | 1755 | Gilles Godard | Exp Rep | Checking SVB | √ | Meals and Entertainment | -118.28 | -118.28 |
| Check | 05/04/2016 | 1755 | Gilles Godard | Lunch W/ Blaise | Meals and Entertainment | | Checking SVB | 118.28 | 0.00 |
| Check | 05/02/2016 | 1749 | Gilles Godard | | Checking SVB | √ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 05/02/2016 | 1749 | Gilles Godard | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Check | 04/22/2016 | 1741 | Gilles Godard | Exp Rep | Checking SVB | √ | Office Event | -185.73 | -185.73 |
| Check | 04/22/2016 | 1741 | Gilles Godard | Champagne Friday | Office Event | | Checking SVB | 185.73 | 0.00 |
| Deposit | 03/31/2016 | 141 | Gilles Godard | Deposit | Prepaid Expenses | | Benefits | 900.00 | 900.00 |
| Deposit | 03/31/2016 | 141 | Gilles Godard | Deposit | Benefits | | Prepaid Expenses | -900.00 | 0.00 |
| General Journal | 03/31/2016 | 152 | Gilles Godard | | Professional Fees | | Prepaid Expenses | -5,000.00 | -5,000.00 |
| General Journal | 03/31/2016 | 152 | Gilles Godard | | Prepaid Expenses | | Professional Fees | 5,000.00 | 0.00 |
| Check | 03/29/2016 | 1726 | Gilles Godard | Exp Rep | Checking SVB | √ | -SPLIT- | -104.91 | -104.91 |
| Check | 03/29/2016 | 1726 | Gilles Godard | Lunch with Blaise | Meals and Entertainment | | Checking SVB | 90.17 | -14.74 |
| Check | 03/29/2016 | 1726 | Gilles Godard | Exp Rep | Office Supplies | | Checking SVB | 14.74 | 0.00 |
| Check | 03/07/2016 | 1715 | Gilles Godard | Exp Rep | Checking SVB | √ | -SPLIT- | -276.18 | -276.18 |
| Check | 03/07/2016 | 1715 | Gilles Godard | Japengo Lunch w/Blaise a | Meals and Entertainment | | Checking SVB | 146.50 | -129.68 |
| Check | 03/07/2016 | 1715 | Gilles Godard | Season's W/Olivier Mark L | Meals and Entertainment | | Checking SVB | 129.68 | 0.00 |
| Deposit | 02/29/2016 | 139 | Gilles Godard | Deposit | Prepaid Expenses | | Benefits | 900.00 | 900.00 |
| Deposit | 02/29/2016 | 139 | Gilles Godard | Deposit | Benefits | | Prepaid Expenses | -900.00 | 0.00 |
| Check | 02/22/2016 | 1702 | Gilles Godard | | Checking SVB | √ | Professional Fees | -5,000.00 | -5,000.00 |
| Check | 02/22/2016 | 1702 | Gilles Godard | | Professional Fees | | Checking SVB | 5,000.00 | 0.00 |
| Deposit | 01/31/2016 | 134 | Gilles Godard | Deposit | Prepaid Expenses | | Benefits | 900.00 | 900.00 |
| Deposit | 01/31/2016 | 134 | Gilles Godard | Deposit | Benefits | | Prepaid Expenses | -900.00 | 0.00 |