1   John L. Smaha, Esq., Bar No. 95855
    Gustavo E. Bravo, Esq., Bar No. 218752
2   **SMAHA LAW GROUP, APC**
    2398 San Diego Avenue
3   San Diego, California 92110
    Telephone:    (619) 688-1557
4   Facsimile:    (619) 688-1558

5   Attorneys for Debtor, Apmetrix, Inc.

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10  | In re | CASE NO.: 16-07584-LT11 |
11  | APMETRIX, INC., | Chapter 11 |
12  | | |
13  | Debtor. | DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR THE MONTH OF DECEMBER |
14

15

16         TO THE HONORABLE LAURA S. TAYLOR, UNITED STATES BANKRUPTCY

17  JUDGE:

18         Debtor and Debtor-in-Possession, Apmetrix, Inc. ("Debtor") hereby file its monthly

19  Operating Report pursuant to the United States Trustee's Operating and Reporting Requirements for

20  Chapter 11 cases.

21

22  Dated: January 24, 2017          /s/ Gustavo E. Bravo
23                                   Gustavo E. Bravo, Esq.
                                     SMAHA LAW GROUP, APC
24                                   Attorneys for Debtor, Apmetrix, Inc.

25  W:\Apmetrix Inc\Operating.Reports\100.O.R. Cover.wpd

26

27

28

UNITED STATES DEPARTENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In Re:  APMETRIX, INC.

                                    Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. 16-07584-LT11
OPERATING REPORT NO. 1
FOR THE MONTH ENDING: December 31, 2016

### 1.  CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | - |
| 2.  LESS:        TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | - |
| 3.  BEGINNING BALANCE: | $ | - |

4.  RECEIPTS DURING CURRENT PERIOD

| | | | |
|---|---|---|---|
| ACCOUNTS RECEIVABLE - PRE-FILING | $ | - | |
| ACCOUNTS RECEIVABLE - POST-FILING | $ | - | |
| GENERAL SALES | $ | - | |
| OTHER * (SPECIFY): | $ | 55,244.24 | Money back from Writ of Attachment |
| OTHER ** (SPECIFY): | $ | 3,477.50 | Refund from Attorney Retainer Gordon & Rees |

| | | |
|---|---|---|
| TOTAL RECETPS THIS PERIOD: | $ | 58,721.74 |
| 5.  BALANCE: | $ | 58,721.74 |

6.  LESS:  TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | | |
|---|---|---|---|
| TRANSFERS TO OTHER DIP ACCOUNTS | $ | - | |
| DISBURSEMENTS | $ | 53,782.83 | |
| TOTAL DISBURSEMENTS THIS PERIOD*** | | | $ 53,782.83 |

| | | |
|---|---|---|
| 7.  ENDING BALANCE | $ | 4,938.91 |

8.  GENERAL ACCOUNT NUMBER:                    7469
     DEPOSITORY NAME AND LOCATION:        Silicon Valley Bank

---

*All receipts must be deposited into the general account
**Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of the Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

**TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD**

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | **General Account** | |
| 12/30/2016 | WT | Manami Nakayama | Salary | $ 1,377.25 |
| 12/30/2016 | WT | Paul LeFevre | Contracting Fees (Engineer) | $ 2,000.00 |
| 12/30/2016 | WT | Mark Hudson | Contracting Fees (Engineer) | $ 2,400.00 |
| 12/30/2016 | WT | Patrick Bernhardt | Salary | $ 5,163.62 |
| 12/30/2016 | WT | Girish Chaudhari | Salary | $ 8,685.79 |
| 12/30/2016 | WT | Charles Villano | Salary | $ 5,900.04 |
| 12/30/2016 | WT | Charles Villano | Commissions | $ 4,212.00 |
| 12/30/2016 | WT | Robert Lindsey | Salary | $ 23,076.96 |
| 12/30/2016 | WT | SDG&E | Utilities | $ 636.55 |
| 12/30/2016 | WT | AT&T | Internet | $ 330.62 |

TOTAL DISBURSEMENTS THIS PERIOD:  $        53,782.83

*Add additional pages as necessary to include all disbursements.*

### GENERAL ACCOUNT
### BANK RECONCILIATION*

Balance per bank statement dated: 12/31/16                    $    5,906.08

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|

Total deposits in transit                    $         -

Less outstanding checks (a):

| Check Number | Check date | Check Amount |
|---|---|---|
| N/A | 12/31/2016 | $    636.55 |
| N/A | 12/31/2016 | $    330.62 |

Total outstanding checks                    $    967.17

Bank statement adjustments**

Adjusted bank balance                    $    4,938.91

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
**Please attach a detailed explanation of any bank statement adjustment.

### 1. CASH RECEIPTS AND DISBURSEMENTS (Continued)
### B.  Payroll Account - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR REPORTS                           $              -

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR REPORTS        $              -

3.  BEGINNING BALANCE                                                          $              -

4.  RECEIPTS:
             TRANSFERRED FROM GENERAL ACCOUNT            $              -
             TRANSFER FROM OLD ACCOUNT                         $              -
             INTEREST PAYMENT                                          $              -
             OTHER RECEIPTS                                              $              -
             RETURNED CHECKS                                          $              -
             TOTAL RECEIPTS                                              $              -

5.  BALANCE                                                                        $              -

6.  LESS:  DISBURSEMENTS DURING CURRENT PERIOD

| DATE | CHECK NO. | PAYEE | AMOUNT |
|------|-----------|-------|--------|

$       -

TOTAL DISBURSEMENTS THIS PERIOD:  $       -

7.  ENDING BALANCE:                                                         $       -

8.  SOCIAL SECURITY ACCOUNT NUMBER:
      DEPOSITORY NAME AND LOCATION:

PAYROLL ACCOUNT
BANK RECONCILIATION*

Balance per bank statement dated:                                           $                    -

Plus deposits in transit (a):

        Deposit Date                        Deposit Amount

        Total deposits in transit                                          $                    -

Less outstanding checks (a):

        Check Number    Check date    Check Amount

        Total outstanding checks                                          $                    -

Bank statement adjustments**                                          _____

Adjusted bank balance                                                 $                    -

### 1. CASH RECEIPTS AND DISBURSEMENTS (Continued)
#### B. Tax Account - N/A

1. TOTAL RECEIPTS PER ALL PRIOR REPORTS      $      -

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR REPORTS      $      -

3. BEGINNING BALANCE      $      -

4. RECEIPTS:

| | |
|---|---|
| TRANSFERRED FROM GENERAL ACCOUNT | $   - |
| TRANSFER FROM OLD ACCOUNT | $   - |
| INTEREST PAYMENT | $   - |
| OTHER RECEIPTS | $   - |
| RETURNED CHECKS | $   - |
| TOTAL RECEIPTS | $   - |

5. BALANCE      $      -

6. LESS:  DISBURSEMENTS DURING CURRENT PERIOD

| DATE | CHECK NO. | PAYEE | AMOUNT |
|------|-----------|-------|--------|

$   -

                       TOTAL DISBURSEMENTS THIS PERIOD:  $      -

7. ENDING BALANCE:      $      -

8. SOCIAL SECURITY ACCOUNT NUMBER:
    DEPOSITORY NAME AND LOCATION:

<u>TAX ACCOUNT</u>
<u>BANK RECONCILIATION*</u>

Balance per bank statement dated:                                    $ _____ -

Plus deposits in transit (a):

      <u>Deposit Date</u>                          <u>Deposit Amount</u>

      Total deposits in transit                              $ _____ -

Less outstanding checks (a):

      <u>Check Number</u>    <u>Check date</u>    <u>Check Amount</u>

      Total outstanding checks                               $ _____ -

Bank statement adjustments**                               _____

Adjusted bank balance                                      $ _____ -

## D.  SUMMARY SCHEDULE OF CASH

ENDING BALANCE FOR PERIOD:

|                          |    |          |
|--------------------------|----|----------|
| GENERAL ACCOUNT          | $  | 4,938.91 |
| PAYROLL ACOUNT           | $  | -        |
| TAX ACCOUNT              | $  | -        |

TOTAL CASH AVAILABLE                    $    4,938.91

*Specify the fund and the type of holding (i.e. CD, Savings Account, Investment Securities, etc.), and the depository name, location, and account number.
**Attach exhibit itemizing all petty cash transactions.

NOTE:  Attach copies of monthly account statements from financial institutions for each account.

### 2. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| | | $ - | 0 | $ - |
| | | $ - | 0 | $ - |
| | | $ - | 0 | $ - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DUE | | $ - |

### 3. TAX LIABILITIES

FOR THE REPORTING PERIOD:                                          $        -
        GROSS SALES SUBJECT TO SALES TAX        $        -
        TOTAL WAGES PAID                        $        -

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | | | |
| STATE WITHHOLDING | | | |
| FICA - EMPLOYER'S SHARE | | | |
| FICA - EMPLOYEE'S SHARE | | | |
| FEDERAL UNEMPLOYMENT | | | |
| STATE EMLOYERS TAX | | | |
| SALES AND USE | | | |
| REAL PROPERTY | | $ - | |
| OTHER: (SPECIFY) | | | |
| TOTAL | $ - | $ - | |

#### 4.  AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

| | ACCOUNTS PAYABLE * (POST-PETITION ONLY) | ACCOUNTS RECEIVABLE Pre-Petition | Post-Petition |
|---|---|---|---|
| 30 days or less | | | |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| Totals | $                    - | $            - | $            - |

#### 5.  INSURANCE COVERAGE

| | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH |
|---|---|---|---|---|
| General Liability - | Sentinel Insurance Co. | $ 2,000,000.00 | 7/31/2017 | 7/31/2017 |
| Worker's Comp. - | Hartford | $ 1,000,000.00 | 11/1/2017 | 11/1/2017 |
| General Liability - Bus. Pers. Prop. | Sentinel Insurance Co. | $      10,000.00 | 7/1/2017 | 7/1/2017 |

#### 6.  UNITED STATES TRUSTEE QUARTERLY FEES (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

### 7.  SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/wk; $2,500/mo)

### 8. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insiders | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1:00 PM
01/17/17
Accrual Basis

# Apmetrix, Inc.
## Profit & Loss
### December 15 - 31, 2016

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Service Fee | 22,700.00 |
| **Total Income** | 22,700.00 |
| **Gross Profit** | 22,700.00 |
| **Expense** | |
| Commissions | 4,212.00 |
| Computer and Internet Expenses | 330.62 |
| Dues and Subscriptions | 98.05 |
| Interest Expense | 1,341.04 |
| Legal Expense | -3,477.50 |
| Office Event | 790.00 |
| Payroll Expenses | 44,503.66 |
| Professional Fees *(Engineering)* | 4,400.00 |
| Telephone Expense | 129.97 |
| Utilities | 636.55 |
| **Total Expense** | 52,964.39 |
| **Net Ordinary Income** | -30,264.39 |
| **Net Income** | -30,264.39 |

1:06 PM

01/17/17

# Apmetrix, Inc.
## Statement of Cash Flows
December 15 - 31, 2016

|  | Dec 15 - 31, 16 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -30,264.39 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Receivable | 900.00 |
| Prepaid Expenses | 55,244.24 |
| The Business Platinum Card | 529.06 |
| Deferred Revenue | -21,660.00 |
| Net cash provided by Operating Activities | 4,748.91 |
| Net cash increase for period | 4,748.91 |
| Cash at beginning of period | 15,190.21 |
| Cash at end of period | 19,939.12 |

12:20 PM
01/17/17
Accrual Basis

# Apmetrix, Inc.
# Balance Sheet
## As of December 31, 2016

|  | Dec 31, 15 | Dec 31, 16 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| Checking SVB | 253,523.23 | 0.00 |
| Petty Cash | 0.00 | 0.21 |
| SVB-Debtor in Possession | 0.00 | 4,938.91 |
| SVB Collateral MMA | 15,000.00 | 15,000.00 |
| **Total Checking/Savings** | 268,523.23 | 19,939.12 |
| **Accounts Receivable** | | |
| Accounts Receivable | 92,999.99 | -0.01 |
| **Total Accounts Receivable** | 92,999.99 | -0.01 |
| **Other Current Assets** | | |
| Prepaid Expenses | 4,781.25 | 342,062.76 |
| **Total Other Current Assets** | 4,781.25 | 342,062.76 |
| **Total Current Assets** | 366,304.47 | 362,001.87 |
| **Fixed Assets** | | |
| Furniture and Equipment | 1,199.00 | 1,636.40 |
| Internally Developed Software | 243,000.00 | 243,000.00 |
| **Total Fixed Assets** | 244,199.00 | 244,636.40 |
| **TOTAL ASSETS** | 610,503.47 | 606,638.27 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| Accounts Payable | 0.00 | 73,723.39 |
| **Total Accounts Payable** | 0.00 | 73,723.39 |
| **Credit Cards** | | |
| Credit Card at American Expres | 7,003.11 | 0.00 |
| SVB MasterCard | 0.00 | 26,880.97 |
| The Business Platinum Card | 23,991.71 | 25,327.32 |
| **Total Credit Cards** | 30,994.82 | 52,208.29 |
| **Other Current Liabilities** | | |
| Deferred Revenue | 7,000.00 | 31,020.00 |
| Factoring Payfast | 0.00 | 25,165.00 |
| Loan Payable | 0.00 | 20,000.00 |
| **Total Other Current Liabilities** | 7,000.00 | 76,185.00 |
| **Total Current Liabilities** | 37,994.82 | 202,116.68 |
| **Long Term Liabilities** | | |
| Notes Payable | 2,360,400.00 | 3,100,400.00 |
| **Total Long Term Liabilities** | 2,360,400.00 | 3,100,400.00 |
| **Total Liabilities** | 2,398,394.82 | 3,302,516.68 |
| **Equity** | | |
| Capital Stock | 2,086.00 | 2,086.00 |
| Opening Balance Equity | 100,000.00 | 100,000.00 |
| Retained Earnings | -1,441,488.87 | -1,889,977.35 |
| Net Income | -448,488.48 | -907,987.06 |
| **Total Equity** | -1,787,891.35 | -2,695,878.41 |
| **TOTAL LIABILITIES & EQUITY** | 610,503.47 | 606,638.27 |

## 11. QUESTIONNAIRE

1)      Has the debtor-in possessin made any payments on its pre-petition unsecured debt except as have been authorized by the court?

X _____   No
_____   Yes        Explain:

2)      Has the debtor-in possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

X _____   No
_____   Yes        Amount, to whom, and for what period?

3)      State what progress was made during the reporting period toward filing a plan of reorganization:
        *Debtor filed its bankruptcy in December and has been in ongoing negotiations with potential buyer.*

4)      Describe potential future develpments which may have a significant impact on the case:
        *N/A*

5)      Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
        *N/A*

6)      Did you receive any exempt income this month, which is not set forth in the operating report?

X _____   No
_____   Yes.       Please set forth the amounts and the source of the income.


        I, Gilles Godard , declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


_____            _____
Date                                 Gilles Godard
                                     CFO, Apmetrix, Inc.

## 11. QUESTIONNAIRE

1)  Has the debtor-in possessin made any payments on its pre-petition unsecured debt except as have been authorized by the court?

X ___ No
___ Yes        Explain:

2)  Has the debtor-in possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

X ___ No
___ Yes        Amount, to whom, and for what period?

3)  State what progress was made during the reporting period toward filing a plan of reorganization:
*Debtor filed its bankruptcy in December and has been in ongoing negotiations with potential buyer.*

4)  Describe potential future develpments which may have a significant impact on the case:
*N/A*

5)  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
*N/A*

6)  Did you receive any exempt income this month, which is not set forth in the operating report?

X ___ No
___ Yes.        Please set forth the amounts and the source of the income.


I, Gilles Godard , declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_01/23/17_____
Date

_____
Gilles Godard
CFO, Apmetrix, Inc.

**Silicon Valley Bank**

3003 Tasman Drive
Santa Clara, CA 95054

ADDRESS SERVICE REQUESTED

>000341 7123831 0001 092196 10Z

APMETRIX, INC.
DEBTOR-IN-POSSESSION
6450 LUSK BLVD SUITE E208
SAN DIEGO CA 92121

## December 2016

*Reporting Activity 12/20 - 12/31*                    Page 1 of 4

### Managing Your Accounts

 **Phone:**       (408) 654-4636

 **Toll-Free:**   (800) 774-7390

**Email:**       clientservice@svb.com

 **Online:**      www.svb.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX7469 | $5,906.08 |
| **Total Balance** | | **$5,906.08** |

## Analysis Checking - XXXXXX7469

### Account Summary

| Date | Description | |
|---|---|---|
| 12/20/2016 | **Beginning Balance** | **$0.00** |
| 12/31/2016 | **Ending Balance** | **$5,906.08** |
| | Total debits this period | $52,815.66 |
| | Total credits this period | $58,721.74 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/20/2016 | Beginning Balance | | | $0.00 |
| 12/29/2016 | LEGAL PROCESS - RELEASE | | $55,244.24 | $55,244.24 |
| | SANTA CLARA COUNTY SHERIFF | | | |
| 12/30/2016 | MOBILE DEPOSIT | | $3,477.50 | $58,721.74 |
| 12/30/2016 | MANAMI NAKAYAMA BUSBILLPAY | -$1,377.25 | | $57,344.49 |
| | TRAN#1 | | | |
| | ApMetrix, Inc. | | | |
| 12/30/2016 | PAUL LEFEVRE BUSBILLPAY | -$2,000.00 | | $55,344.49 |
| | TRAN#6 | | | |
| | ApMetrix, Inc. | | | |
| 12/30/2016 | MARK HUDSON BUSBILLPAY | -$2,400.00 | | $52,944.49 |
| | TRAN#7 | | | |
| | ApMetrix, Inc. | | | |

**Member FDIC**

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM



## Analysis Checking - XXXXXX7469 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/30/2016 | PATRICK BERNHARD BUSBILLPAY | -$5,163.62 | | $47,780.87 |
| | TRAN#4 | | | |
| | ApMetrix, Inc. | | | |
| 12/30/2016 | GIRISH CHAUDHARI BUSBILLPAY | -$8,685.79 | | $39,095.08 |
| | TRAN#3 | | | |
| | ApMetrix, Inc. | | | |
| 12/30/2016 | CHARLES VILLANO BUSBILLPAY | -$10,112.04 | | $28,983.04 |
| | TRAN#2 | | | |
| | ApMetrix, Inc. | | | |
| 12/30/2016 | ROBERT LINDSEY BUSBILLPAY | -$23,076.96 | | $5,906.08 |
| | TRAN#5 | | | |
| | ApMetrix, Inc. | | | |
| 12/31/2016 | Ending Balance | | | $5,906.08 |

**svb** ›

**Silicon Valley Bank**

*December 2016*

*Reporting Activity 12/20 - 12/31*          *Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

1  John L. Smaha, Esq.  Bar No. 95855
   Gustavo E. Bravo, Esq.  Bar No. 218752
2  **SMAHA LAW GROUP APC**
   2398 San Diego Avenue
3  San Diego, California 92110
   (619) 688-1557  Telephone
4  (619) 688-1558  Facsimile

5  Attorneys for Debtor, Apmetrix, Inc.

6

7
                    **UNITED STATES BANKRUPTCY COURT**
8                   **SOUTHERN DISTRICT OF CALIFORNIA**

9  **PROOF OF SERVICE**                    Case No. 16-07584-LT11

10                                          *In re Apmetrix, Inc.*

11        I am employed in the City of San Diego, California.  I am over the age of 18 and not a party to the
12  within action.  My business address is 2398 San Diego Avenue, San Diego CA 92110.

13        On January 24, 2017, I caused to be served the following document(s) described as:

14     1.    **DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR THE MONTH**
             **OF DECEMBER**
15

16  U.S. Trustee                           Apmetrix, Inc.
    Department of Justice                  c/o Lee Jacobson
17  402 West Broadway, Ste. 600            6450 Lusk Blvd., Ste. E208
    San Diego, CA 92101                    San Diego, CA 92121
18                                         *Courtesy Copy*

19

20  **[X]**    **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope.  I then
             placed it for collection and mailing with the United States Postal Service this same day, at my address
21           shown above, following ordinary business practice.

22
          I declare under penalty of perjury under the laws of the State of California that the foregoing is true
23  and correct.  Executed on **January 24, 2017**, San Diego, California.

24                                         */s/ Amelda M. Dawson*
                                           Amelda M. Dawson
25

26

27

28

                                           1