1   John L. Smaha, Esq. (Bar No. 95855)
    Gustavo E. Bravo, Esq. (Bar No. 218752)
2   SMAHA LAW GROUP
    2398 San Diego Avenue
3   San Diego, CA 92110
    (619) 688-1557
4   (619) 688-1558 (Facsimile)

5   Attorneys for Debtor, Apmetrix, Inc.

6

7

8                UNITED STATES BANKRUPTCY COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11  In re                              Case No. 16-07584-LT11
                                       Chapter 11
12        APMETRIX, INC.
                                       **OBJECTION TO NOTICE OF**
13                                     **LODGMENT OF ORDER IN**
                                       **BANKRUTPCY CASE RE: MOTION ON**
14                                     **SHORTENED NOTICE TO (I) ABSTAIN**
                                       **FROM HEARING AND REMAND THE**
15                 Debtor.             **STATE COURT ACTION AND (II)**
                                       **GRANT RELIEF FROM THE**
16                                     **AUTOMATIC STAY TO PROCEED**
                                       **WITH LITIGATION IN**
17                                     **NONBANKRUPTCY FORUM FILED**
                                       **ON BEHALF OF ENSIGHTEN, INC.**
18

19

20        Debtor, Apmetrix, Inc. (the "Debtor") hereby objects to the lodged order filed by

21  Ensighten, Inc. (Notice of Lodgment at Docket No. 87). The Debtor has no objection to

22  the general language provided in the lodged order, however, the Debtor points out that it

23  has not agreed to the Stipulation and Order for Judgment of Permanent Injunction

24  ("Stipulation") submitted with the order.   To date, the Debtor has not agreed to the

25  Stipulation and has requested that certain changes be made to the Stipulation. As such,

26  the Debtor has revised the proposed order to remove the Stipulation and to indicate that

27  the Debtor may agree to some form of stipulation to resolve the State Court Action at

28  some point in time if the language is acceptable to the Debtor. The Debtor's proposed

---

1

1   order, submitted herewith as Exhibit A is therefore an accurate representation of the

2   current status of discussions with Ensighten.  Ensighten's order is not correct and should

3   not be entered.  The Debtor respectfully requests that the Court enter its proposed order.

4

5

6   Dated:  February 16, 2017                    By:/s/ John L. Smaha

7                                                John L. Smaha, Esq.
                                                 Counsel for Debtor, Apmetrix, Inc.

8   W:\Apmetrix Inc\RFS.MJB-1\102.Objection.Order.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OBJECTION TO NOTICE OF LODGMENT OF ORDER...

# EXHIBIT A

CSD 1001C [11/15/04]
Name, Address, Telephone No. & I.D. No.

John L. Smaha, Esq. Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
SMAHA LAW GROUP, APC
2398 San Diego Avenue
San Diego, CA. 92110
(619) 688-1557

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

APMETRIX, INC.

Debtor.

**LODGED**

BANKRUPTCY NO. 16-07584-LT11

Date of Hearing: January 27, 2017
Time of Hearing: 11:00 a.m.
Name of Judge: Hon. Laura S. Taylor

### ORDER ON

### MOTION ON SHORTENED NOTICE TO (I) ABSTAIN FROM HEARING AND REMAND THE STATE COURT ACTION AND (II) GRANT RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH LITIGATION IN NONBANKURPCY FORUM FILED ON BEHALF OF ENSIGHTEN, INC.

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __two (__ with exhibits, if any, for a total of __two__ pages, is granted. Notice of Lodgment Docket Entry No. __82__

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

SMAHA LAW GROUP, APC
(Firm name)

By: /s/ Gustavo E. Bravo
Attorney for [ ] Movant [✓] Respondent

CSD 1001C

CSD 1001C [11/15/04] (Page 2)
ORDER ON MOTION ON SHORTENED NOTICE TO (I) ABSTAIN FROM HEARING AND REMAND THE STATE COURT ACTION AND (II) GRANT
DEBTOR: APMETRIX, INC.                                                                    CASE NO.+ 16-07584-LT11

Ensighten, Inc. ("Ensighten") properly filed and provided the required notice of its Motion to (I) Abstain from Hearing and Remand the State Court Action and (II) Grant Relief from the Automatic Stay (collectively the "Motion"). The Motion came on for hearing on shortened notice on January 27, 2017 before the Honorable Laura S. Taylor. Appearances were as reflected on the record. The Court read and considered all pleadings filed in support of the Motion, all pleadings filed in support of the opposition of the above-captioned debtor and debtor-in-Possession Apmetrix, Inc. (the "Debtor") thereto, Ensighten's reply, and oral argument at the hearing. Having considered the Motion and after due deliberation and sufficient good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED in so far as the Court shall abstain from hearing adversary proceeding No. 16-90185-LT in general, and shall remand the matter back to the San Diego County Superior Court (the "Superior Court") as of and on March 1, 2017.

2.      The Court finds that grounds exist for partial relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1). The Superior Court is in the best position to determine the impact of the appeal of the Preliminary Injunction entered by the Superior Court on or about October 13, 2016 and the consequences of the Debtor's post-injunction use of Ensighten's source code and executable code versions of the software (the "Software") described in that certain "Anametrix Amended Software License Agreement" dated August 26, 2014 (the "Amended License Agreement") by and between Ensighten, as successor-in-interest to Anametrix, Inc., on the one hand, and the Debtor, on the other hand. The Debtor has agreed to cessation of the use of the Software and the complete termination of its rights, if any remain, to the Software as of February 28, 2017. The Court has determined that the Amended License Agreement is not assumable by the Debtor after February 28, 2017. Further, as confirmed by separate order of this Court, to the extent the Amended License Agreement is executory, that the Amended License Agreement is and shall be deemed rejected on and as of March 1, 2017. Thus, the Motion is GRANTED in so far as the remanded litigation may resume on March 1, 2017, only so as to permit Ensighten to (A) enforce the Preliminary Injunction, including but not limited to taking the steps necessary to present and have the Superior Court consider and rule upon (i) the Order to Show Cause for violation of the Preliminary Injunction that had been calendared for hearing in the Superior Court on January 6, 2017, and (ii) any subsequent pursuit of relief arising from or related to Apmetrix's agreement and assurance that it will cease using the Software not later than February 28, 2017, and (B) pursue and enforce a judgment to permanently enjoin the Debtor from any further use of the Software (e.g., the "Stipulation" defined and referred to in paragraph 3, below). Any order of the Superior Court awarding sanctions or monetary relief in favor of Ensighten and against Apmetrix must be returned to this Court for administration if and to the extent this bankruptcy action remains pending.

3.      Debtor may agree to the entry of and may execute a stipulation for entry of judgment and permanent injunction if the form can be agreed to by the parties, although no such form has been agreed to at this time. On March 1, 2017 or as soon thereafter as permitted by the Superior Court, Ensighten may submit the stipulation, if agreed to by the Debtor, to the Superior Court and obtain the Superior Court's order thereon and as well as its entry and filing thereof. Debtor may agree to and therefore may dismiss its appeal of the Preliminary Injunction immediately following the Superior Court's entry of the permanent injunction pursuant to a stipulation, if the stipulation is finalized.

4.      The Motion is CONTINUED for further hearing on February 28, 2017, at 11:00 a.m., to the extent that Ensighten seeks relief from the automatic stay to liquidate the amount of its claim against the estate in the remanded litigation. The Court reserves its jurisdiction to resolve these issues in the context of an objection to claim pursuant to 11 U.S.C. § 502(b) or a claim estimation hearing pursuant to 11 U.S.C. § 502(c), or otherwise if necessary to advance the case.

5.      The automatic stay of 11 U.S.C. § 362 also shall apply to stay the Debtor from pursuing the counterclaims it filed against Ensighten in the remanded litigation, subject to further order of this Court on motion or other appropriate application made by Debtor.

6.      The Court will consider additional stay relief if Ensighten files a proof of claim against the Debtor's estate, if there is a mediation, or if Debtor files a plan of reorganization with a reasonable prospect of confirmation.

7.      The continuation of the automatic stay as set forth in paragraph 2 above is conditioned on the Debtor paying Ensighten the daily license fee of $547.94 under the Amended License Agreement through February 28, 2017 so that the full amount is received by Ensighten no later than February 3, 2017.

8.      The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS SO ORDERED.

CSD 1001C

1 | John L. Smaha, Esq.  Bar No. 95855
Gustavo E. Bravo, Esq.  Bar No. 218752
2 | **SMAHA LAW GROUP APC**
2398 San Diego Avenue
3 | San Diego, California 92110
(619) 688-1557  Telephone
4 | (619) 688-1558  Facsimile
[Proposed] Attorneys for Debtor, Apmetrix, Inc.

5

### UNITED STATES BANKRUPTCY COURT
6 | ### SOUTHERN DISTRICT OF CALIFORNIA

7 | **PROOF OF SERVICE**          Case No. 16-07584-LT11

8 | *In re Apmetrix, Inc.*

9 |         I am employed in the City of San Diego, California.  I am over the age of 18 and not a party to the
10 | within action.  My business address is 2398 San Diego Avenue, San Diego CA 92110.

11 |         On February 16, 2017, I caused to be served the following document(s) described as:

12 | 1.      **OBJECTION TO NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE
RE: MOTION ON SHORTENED NOTICE TO (1) ABSTAIN FROM HEARING AND**
13 | **REMAND THE STATE COURT ACTION (II) GRANT RELIEF FROM THE
AUTOMATIC STAY TO PROCEED WITH LITIGATION IN NONBANKRUPTCY**
14 | **FORUM FILED ON BEHALF OF ENSIGHTEN, INC.**

15 | U.S. Trustee
Department of Justice
16 | 402 West Broadway, Ste. 600
San Diego, CA 92101
17

18 | **[X]    (BY MAIL)** I served the individual named by placing the documents in a sealed envelope.  I then
19 | placed it for collection and mailing with the United States Postal Service this same day, at my address
shown above, following ordinary business practice.

20 | **[X]    (Electronic Notice Via the ECF System).**  Pursuant to controlling General Order(s) and Local
Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and
21 | hyperlink to the document.  On February 16, 2017, I checked the CM/ECF docket for this bankruptcy
case or adversary proceeding and determined that the following person(s) are on the Electronic Mail
22 | Notice List to receive NEF transmission at the email addresses indicated below:

23 |         **Haeji Hong:**          Haeji.Hong@usdoj.gov,
                                 USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
24 |         **Monique Jewett-Brewster:**  mjb@hopkinscarley.com, vtorres@hopkinscarley.com
        **John L. Smaha:**       jsmaha@smaha.com,
25 |                                 gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.
                                 com
26 |         **United States Trustee:**    ustp.region15@usdoj.gov

27 |         I declare under penalty of perjury under the laws of the State of California that the foregoing is
28 | true and correct.  Executed on **February 16, 2017**, San Diego, California.

                                        */s/ Amelda M. Dawson*
                                        Amelda M. Dawson