John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq., Bar No. 218752
**SMAHA LAW GROUP, APC**
2398 San Diego Avenue
San Diego, California 92110
Telephone:    (619) 688-1557
Facsimile:    (619) 688-1558

Attorneys for Debtor, Apmetrix, Inc.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO.: 16-07584-LT11 |
| APMETRIX, INC., | Chapter 11 |
| Debtor. | DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR THE MONTH OF JANUARY |

TO THE HONORABLE LAURA S. TAYLOR, UNITED STATES BANKRUPTCY JUDGE:

Debtor and Debtor-in-Possession, Apmetrix, Inc. ("Debtor") hereby file its monthly Operating Report pursuant to the United States Trustee's Operating and Reporting Requirements for Chapter 11 cases.

Dated: February 21, 2017

/s/ Gustavo E. Bravo
Gustavo E. Bravo, Esq.
SMAHA LAW GROUP, APC
Attorneys for Debtor, Apmetrix, Inc.

W:\Apmetrix Inc\Operating.Reports\100.O.R. Cover.wpd

UNITED STATES DEPARTENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In Re:  APMETRIX, INC.

Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. 16-07584-LT11
OPERATING REPORT NO. 2
FOR THE MONTH ENDING: January 31, 2017

### 1.  CASH RECEIPTS AND DISBURSEMENTS
#### A. (GENERAL ACCOUNT*)

| | | | |
|---|---|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $ | 58,721.74 |
| 2.  LESS:        TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $ | 53,782.83 |
| 3.  BEGINNING BALANCE: | | $ | 4,938.91 |
| 4.  RECEIPTS DURING CURRENT PERIOD | | | |
| ACCOUNTS RECEIVABLE - PRE-FILING | $ | | - |
| ACCOUNTS RECEIVABLE - POST-FILING | $ | | 387.13 |
| GENERAL SALES | $ | | - |
| OTHER * (SPECIFY): | $ | | 335,022.51 | Money back from Writ of Attachment |
| OTHER ** (SPECIFY): | $ | | 588.00 | Sublease office space |
| TOTAL RECEPTS THIS PERIOD: | | $ | 335,997.64 |
| 5. BALANCE: | | $ | 335,997.64 |
| 6. LESS:  TOTAL DISBURSEMENTS DURING CURRENT PERIOD | | | |
| TRANSFERS TO OTHER DIP ACCOUNTS | $ | | - |
| DISBURSEMENTS | $ | | 170,999.04 |
| TOTAL DISBURSEMENTS THIS PERIOD*** | | $ | 170,999.04 |
| 7. ENDING BALANCE | | $ | 169,937.51 |
| 8. GENERAL ACCOUNT NUMBER:        DEPOSITORY NAME AND LOCATION: | | | |

* All receipts must be deposited into the general account
**Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit
specifying what was sold, to whom, terms, and date of the Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

### TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | | AMOUNT |
|---|---|---|---|---|---|
| | | | General Account | | |
| 1/3/2017 | WT | PS Business Parks | Office Rent | $ | 3,743.00 |
| 1/3/2017 | WT | DLX For Business | Bank Service Charge (New Checks) | $ | 125.48 |
| 1/3/2017 | WT | The Hartford | Insurance Expense | $ | 423.40 |
| 1/10/2017 | WT | SDG&E | Utilities | $ | 163.40 |
| 1/10/2017 | WT | SDG&E | Utilities | $ | 237.84 |
| 1/10/2017 | Debit Card | Café Coyote | Meals | $ | 62.58 |
| 1/10/2017 | Debit Card | Amazon Web Services | Web Services Hosting (COGS) | $ | 6,010.54 |
| 1/11/2017 | Debit Card | SharpSpring | Subscription (CRM) | $ | 800.00 |
| 1/11/2017 | WT | Ensighten, Inc | Court ordered Licensing Fees | $ | 24,109.36 |
| 1/11/2017 | WT | PS Business Parks | Office Rent Half of December post petition per Court | $ | 1,871.50 |
| 1/12/2017 | Debit Card | Ace Parking | Travel (Parking Fee) | $ | 20.00 |
| 1/13/2017 | WT | Non-Insider Employees | Salary - Payroll and Payroll Taxes | $ | 15,271.72 |
| 1/13/2017 | WT | Paylocity | Payroll Services Fees | $ | 139.16 |
| 1/13/2017 | Debit Card | Costco | Office Supplies | $ | 350.67 |
| 1/13/2017 | Debit Card | Westin Hotel SD | Meals | $ | 28.76 |
| 1/13/2017 | Debit Card | GotoCitrix | Subscription | $ | 29.00 |
| 1/17/2017 | Debit Card | Staples | Office Supplies | $ | 44.96 |
| 1/17/2017 | WT | Intuit | Office Supplies - Forms | $ | 100.19 |
| 1/18/2017 | Debit Card | SharpSpring | Subscription | $ | 800.00 |
| 1/24/2017 | Debit Card | GoDaddy | Dues | $ | 299.99 |
| 1/24/2017 | Debit Card | GoDaddy | Dues | $ | 15.17 |
| 1/24/2017 | Debit Card | Papa John's | Meals | $ | 49.09 |
| 1/25/2017 | WT | Paylocity | FUTA Reconciliation for 2016 | $ | 1,103.54 |
| 1/25/2017 | Debit Card | Ace Parking | Travel (Parking Fee) | $ | 25.00 |
| 1/26/2017 | WT | Non-Insider Employees | Salary - Payroll and Payroll Taxes | $ | 12,141.50 |
| 1/26/2017 | Debit Card | MSFT | Dues | $ | 80.00 |
| 1/26/2017 | Debit Card | Hotels.com | Travel | $ | 169.28 |
| 1/27/2017 | Debit Card | Southwest Airlines | Travel | $ | 70.87 |
| 1/27/2017 | WT | Paylocity | Payroll Services Fees | $ | 111.08 |
| 1/30/2017 | Debit Card | Season's 52 | Meals | $ | 260.13 |
| 1/9/2017 | Ch#2256 | Lee Jacobson | Salary - Insider Court Authorized | $ | 21,538.46 |
| 1/9/2017 | Ch#2257 | Mark Cladwell | Salary - Insider Court Authorized | $ | 21,538.46 |
| 1/9/2017 | Ch#2258 | Gilles Godard | Salary - Insider Court Authorized | $ | 17,230.76 |
| 1/11/2017 | ch#2260 | Blue Shield of California | Health Insurance - Court Authorized | $ | 11,471.48 |
| 1/11/2017 | ch#2261 | Blue Shield of California | Health Insurance | $ | 9,252.82 |
| 1/11/2017 | ch#2262 | Kadiyan Software Consulting, LLC | Software Development | $ | 7,421.00 |
| 1/17/2017 | ch#2265 | Tiana Pehle | Stipend - Intern | $ | 390.00 |
| 1/17/2017 | ch#2266 | Michael Rhodes | Stipend - Intern | $ | 540.00 |
| 1/17/2017 | ch#2267 | Mark Hudson | Software Development | $ | 1,200.00 |
| 1/20/2017 | ch#2269 | The United States Trustee | Fees | $ | 650.00 |
| 1/25/2017 | ch#2270 | Manami Nakayama | Exp Rep - Office Supplies | $ | 144.59 |
| 1/25/2017 | ch#2271 | Western Mechanical | Professional Fees - HVAC Fixing | $ | 571.52 |
| 1/25/2017 | ch#2272 | Blue Shield of California | Prepaid Expense - Health Care for February | $ | 9,252.82 |
| 1/26/2017 | ch#2274 | Dradog | Travel (Parking Fee) | $ | 25.00 |
| 1/26/2017 | ch#2274 | Dradog | Office Supplies - Griffin Hardware | $ | 54.92 |
| 1/27/2017 | ch#2275 | Michael Rhodes | Stipend - Intern | $ | 500.00 |
| 1/27/2017 | ch#2276 | Tiana Pehle | Stipend - Intern | $ | 500.00 |
| 1/30/2017 | ch#2277 | PS Business Parks | Dues - Access Card | $ | 60.00 |
| | | | | | |
| | | | | | |

TOTAL DISBURSEMENTS THIS PERIOD:  $      170,999.04

*Add additional pages as necessary to include all disbursements.*

GENERAL ACCOUNT
BANK RECONCILIATION*

Balance per bank statement dated: N/A                              $ 178,969.94

Plus deposits in transit (a):

Deposit Date                    Deposit Amount

        Total deposits in transit                          $          -

Less outstanding checks (a):

        Check Number    Check date    Check Amount
        Debit Card        1/31/2017  $        (220.39)
        Ch#2272           1/25/2017  $      9,252.82

        Total outstanding checks                          $    9,032.43

Bank statement adjustments**

Adjusted bank balance                                      $ 169,937.51

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
**Please attach a detailed explanation of any bank statement adjustment.

## 1. CASH RECEIPTS AND DISBURSEMENTS (Continued)
### B.  Payroll Account

1. TOTAL RECEIPTS PER ALL PRIOR REPORTS        $           -

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR REPORTS        $           -

3. BEGINNING BALANCE        $           -

4. RECEIPTS:
           TRANSFERRED FROM GENERAL ACCOUNT        $           -
           TRANSFER FROM OLD ACCOUNT        $           -
           INTEREST PAYMENT        $           -
           OTHER RECEIPTS        $           -
           RETURNED CHECKS        $           -
           TOTAL RECEIPTS        $           -

5. BALANCE        $           -

6. LESS:  DISBURSEMENTS DURING CURRENT PERIOD

| DATE | CHECK NO. | PAYEE | AMOUNT |
|------|-----------|-------|--------|
|      |           |       |        |

$      -

TOTAL DISBURSEMENTS THIS PERIOD:  $      -

7. ENDING BALANCE:        $      -

8. SOCIAL SECURITY ACCOUNT NUMBER:
    DEPOSITORY NAME AND LOCATION:

PAYROLL ACCOUNT
BANK RECONCILIATION*

Balance per bank statement dated:                                     $            -

Plus deposits in transit (a):

      Deposit Date             Deposit Amount

      Total deposits in transit                                 $            -

Less outstanding checks (a):

      Check Number    Check date    Check Amount

      Total outstanding checks                                 $            -

Bank statement adjustments**

Adjusted bank balance                                                $            -

### 1. CASH RECEIPTS AND DISBURSEMENTS (Continued)
### B. Tax Account

1. TOTAL RECEIPTS PER ALL PRIOR REPORTS                    $            -

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR REPORTS        $            -

3. BEGINNING BALANCE                                        $            -

4. RECEIPTS:
   TRANSFERRED FROM GENERAL ACCOUNT                         $            -
   TRANSFER FROM OLD ACCOUNT                                $            -
   INTEREST PAYMENT                                         $            -
   OTHER RECEIPTS                                           $            -
   RETURNED CHECKS                                          $            -
   TOTAL RECEIPTS                                           $            -

5. BALANCE                                                  $            -

6. LESS:  DISBURSEMENTS DURING CURRENT PERIOD

   <u>DATE</u>    <u>CHECK NO.</u>    <u>PAYEE</u>    <u>AMOUNT</u>

                                           $       -

                    TOTAL DISBURSEMENTS THIS PERIOD:  $       -

7. ENDING BALANCE:                                          $       -

8. SOCIAL SECURITY ACCOUNT NUMBER:
   DEPOSITORY NAME AND LOCATION:

TAX ACCOUNT
BANK RECONCILIATION*

Balance per bank statement dated:                              $              -

Plus deposits in transit (a):

      Deposit Date                          Deposit Amount

      Total deposits in transit                            $              -

Less outstanding checks (a):

      Check Number        Check date      Check Amount

      Total outstanding checks                           $              -

Bank statement adjustments**                           _____

Adjusted bank balance                                       $              -

### D.  SUMMARY SCHEDULE OF CASH

ENDING BALANCE FOR PERIOD:

| | |
|---|---|
| GENERAL ACCOUNT | $ 169,937.51 |
| PAYROLL ACOUNT | |
| TAX ACCOUNT | |
| Collateral MMA SVB | $  15,000.00 |

TOTAL CASH AVAILABLE                    $ 184,937.51

*Specify the fund and the type of holding (i.e. CD, Savings Account, Investment Securities, etc.), and the depository name, location, and account number.
**Attach exhibit itemizing all petty cash transactions.

NOTE:  Attach copies of monthly account statements from financial institutions for each account.

## 2. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| | | $              - | 0 | $              - |
| | | $              - | 0 | $              - |
| | | $              - | 0 | $              - |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DUE | | $              - |

## 3. TAX LIABILITIES

FOR THE REPORTING PERIOD:                                                                        $              -
                            GROSS SALES SUBJECT TO SALES TAX                  $              -
                            TOTAL WAGES PAID                                              $              -

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | | | |
| STATE WITHHOLDING | | | |
| FICA - EMPLOYER'S SHARE | | | |
| FICA - EMPLOYEE'S SHARE | | | |
| FEDERAL UNEMPLOYMENT | | | |
| STATE EMLOYERS TAX | | | |
| SALES AND USE | | | |
| REAL PROPERTY | | $              - | |
| OTHER: (SPECIFY) | | | |
| TOTAL | $              - | $              - | |

#### 4. AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

| | ACCOUNTS PAYABLE * (POST-PETITION ONLY) | ACCOUNTS RECEIVABLE | |
| --- | --- | --- | --- |
| | | Pre-Petition | Post-Petition |
| 30 days or less | | | $  36,000.00 |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| Totals | $            - | $            - | $  36,000.00 |

#### 5. INSURANCE COVERAGE

| NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH |
| --- | --- | --- | --- |
| General Liability - | Sentinel Insurance Co. | $ 2,000,000.00 | 7/31/2017 | 7/31/2017 |
| Worker's Comp. - | Hartford | $ 1,000,000.00 | 11/1/2017 | 11/1/2017 |
| General Liability - Bus. Pers. Prop. | Sentinel Insurance Co. | $      10,000.00 | 7/1/2017 | 7/1/2017 |

#### 6. UNITED STATES TRUSTEE QUARTERLY FEES (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Post-Petition Accounts Payable *should not* include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable *should* include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.*

### 7.  SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Lee Jacobson | 1/6/2017 | $ 21,538.46 | $21,538.46 |
| Mark Caldwell | 1/6/2017 | $ 21,538.46 | $21,538.46 |
| Gilles Godard | 1/6/2017 | $ 17,230.76 | $17,230.76 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*\* Please indicate how compensation was identified in the order (e.g. $1,000/wk; $2,500/mo)*

### 8. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insiders | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1:25 PM

02/17/17

Accrual Basis

# Apmetrix, Inc.
# Profit & Loss
### January 2017

|  | Jan 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Service Fee** | |
| Analytics Platform | 23,087.13 |
| **Total Service Fee** | 23,087.13 |
| **Total Income** | 23,087.13 |
| **Cost of Goods Sold** | |
| Web Services Hosting | 6,010.54 |
| **Total COGS** | 6,010.54 |
| **Gross Profit** | 17,076.59 |
| **Expense** | |
| Bank Service Charges | 125.48 |
| Benefits | 6,473.30 |
| Consulting Fees | 9,192.52 |
| Dues and Subscriptions | 2,201.96 |
| Insurance Expense | 423.40 |
| Interest Expense | 1,040.00 |
| Legal Expense | 60,194.70 |
| Licenses and Fees | 24,759.36 |
| Meals and Entertainment | 400.56 |
| Office Supplies | 695.33 |
| **Payroll Expenses** | |
| Payroll Service Fees | 250.24 |
| Payroll Taxes | 3,962.18 |
| Salary | 87,641.78 |
| **Total Payroll Expenses** | 91,854.20 |
| Rent Expense | 3,155.00 |
| Stipend | 1,930.00 |
| Telephone Expense | 129.14 |
| Travel Expense | 310.15 |
| Utilities | 401.24 |
| **Total Expense** | 203,286.34 |
| **Net Ordinary Income** | -186,209.75 |
| **Net Income** | -186,209.75 |

1:27 PM

02/17/17

Accrual Basis

# Apmetrix, Inc.
# Balance Sheet
### As of January 31, 2017

|  | Jan 31, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Petty Cash | 0.21 |
| SVB-Debtor In Possession | 169,937.51 |
| SVB Collateral MMA | 15,000.00 |
| **Total Checking/Savings** | 184,937.72 |
| **Accounts Receivable** | |
| Accounts Receivable | 35,999.99 |
| **Total Accounts Receivable** | 35,999.99 |
| **Other Current Assets** | |
| Prepaid Expenses | 16,293.07 |
| **Total Other Current Assets** | 16,293.07 |
| **Total Current Assets** | 237,230.78 |
| **Fixed Assets** | |
| Furniture and Equipment | 1,636.40 |
| Internally Developed Software | 243,000.00 |
| **Total Fixed Assets** | 244,636.40 |
| **TOTAL ASSETS** | 481,867.18 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 120,575.11 |
| **Total Accounts Payable** | 120,575.11 |
| **Credit Cards** | |
| SVB MasterCard | 26,880.97 |
| The Business Platinum Card | 25,574.26 |
| **Total Credit Cards** | 52,455.23 |
| **Other Current Liabilities** | |
| Deferred Revenue | 45,360.00 |
| Factoring Payfast | 25,165.00 |
| Loan Payable | 20,000.00 |
| **Total Other Current Liabilities** | 90,525.00 |
| **Total Current Liabilities** | 263,555.34 |
| **Long Term Liabilities** | |
| Notes Payable | 3,100,400.00 |
| **Total Long Term Liabilities** | 3,100,400.00 |
| **Total Liabilities** | 3,363,955.34 |
| **Equity** | |
| Capital Stock | 2,086.00 |
| Opening Balance Equity | 100,000.00 |
| Retained Earnings | -2,797,964.41 |
| Net Income | -186,209.75 |
| **Total Equity** | -2,882,088.16 |
| **TOTAL LIABILITIES & EQUITY** | 481,867.18 |

## 11. QUESTIONNAIRE

1)    Has the debtor-in possessin made any payments on its pre-petition unsecured debt except as have been authorized by the court?

X _____ No
_____ Yes        Explain:

2)    Has the debtor-in possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

X _____ No
_____ Yes        Amount, to whom, and for what period?

3)    State what progress was made during the reporting period toward filing a plan of reorganization:
      *Debtor to reject software licensing agreement by March 1, 2017 and transfer to new platform on or before March 1, 2017.*
      *Debtor continues discussions with interested parties regarding potential merger or purchase*

4)    Describe potential future develpments which may have a significant impact on the case:
      *Transfer to New Platform.  Merger/Purchase by third party.*

5)    Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
      *None.*

6)    Did you receive any exempt income this month, which is not set forth in the operating report?

X _____ No
_____ Yes.        Please set forth the amounts and the source of the income.

I, Gilles Godard_, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

2/17/2017 _____
Date

_____
Gilles Godard, CFO
for Debtor-In-Possession



**Silicon Valley Bank**

3003 Tasman Drive
Santa Clara, CA 95054

ADDRESS SERVICE REQUESTED

>000409 7228678 0001 092196 10Z
APMETRIX, INC.
DEBTOR-IN-POSSESSION
6450 LUSK BLVD SUITE E208
SAN DIEGO CA 92121

## January 2017

Reporting Activity 01/01 - 01/31          Page 1 of 8

### Managing Your Accounts

| | | |
|---|---|---|
| ⓘ Phone: | (408) 654-4636 | |
| ☏ Toll-Free: | (800) 774-7390 | |
| ✉ Email: | clientservice@svb.com | |
| 🖥 Online: | www.svb.com | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX7469 | $178,969.94 |
| Total Balance | | $178,969.94 |

## Analysis Checking - XXXXXX7469

### Account Summary

| Date | Description | |
|---|---|---|
| 01/01/2017 | Beginning Balance | $5,906.08 |
| 01/31/2017 | Ending Balance | $178,969.94 |
| | Total debits this period | $162,933.78 |
| | Total credits this period | $335,997.64 |
| | Service Charge | $0.00 |

*= $ 967.17* (handwritten)

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/01/2017 | Beginning Balance | | | $5,906.08 |
| 01/03/2017 | MOBILE DEPOSIT | | $335,022.51 | $340,928.59 |
| 01/03/2017 | SD GAS ELEC PAID SDGE | -$272.23 | | $340,656.36 |
| | 2141531135 | | | |
| | 1483137699010 | | | |
| 01/03/2017 | ATT Payment | -$330.62 | | $340,325.74 |
| | 800489004MYW9F | | | |
| | Apmetrix | | | |
| 01/03/2017 | SD GAS ELEC PAID SDGE | -$364.32 | | $339,961.42 |
| | 5834898284 | | | |
| | 1483137698800 | | | |
| 01/03/2017 | WIRE OUT 70103L1B77D1C004595( | -$3,743.00 | | $336,218.42 |
| | 201700317930;BNF PS BUSINESS P | | | |
| | ARKS, LP;OBI APMETRIX JANUARY | | | |

*included in last report* (handwritten)


Member
FDIC

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

CHECKS OUTSTANDING

| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT |
|---|---|---|---|---|---|

CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER BALANCE THIS STATEMENT | $ |
| ADD | |
| RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | |
| | $ |
| SUBTOTAL | $ |
| SUBTRACT TOTAL ITEMS OUTSTANDING | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:
Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US. ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS. As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?  ☐ Verified additions and subtractions in your checkbook?  ☐ Compared canceled checks to check stub?  ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable. You can call (800) 774-7390 to request an item or substitute check, or a legible copy. We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately. Your deposit agreement sets specific times within which you must report unauthorized use or errors to us. In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer. If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us. Your statement is deemed "available" when made available in paper or electronic form. Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13



## January 2017

Reporting Activity 01/01 - 01/31          Page 3 of 8

## Analysis Checking - XXXXXX7469 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/05/2017 | DLX For Business BUS PROD<br>02038810458128<br>APMETRIX, INC. | -$125.48 | | $336,092.94 |
| 01/06/2017 | THE HARTFORD NTCLBIIVRC<br>14268401<br>APMETRIX INC | -$423.40 | | $335,669.54 |
| 01/10/2017 | SD GAS ELEC PAID SDGE<br>2141531135<br>1483990863609 | -$163.40 | | $335,506.14 |
| 01/10/2017 | SD GAS ELEC PAID SDGE<br>5834898284<br>1483990863406 | -$237.84 | | $335,268.30 |
| 01/10/2017 | CAFE COYOTE<br>SAN DIEGO CA<br>Ref25536060A30 Crd1504 Dt 1/09 | -$62.58 | | $335,205.72 |
| 01/10/2017 | AMAZON WEB SERVICES<br>AWS.AMAZON.CO WA<br>Ref55432860900 Crd1504 Dt 1/09 | -$6,010.54 | | $329,195.18 |
| 01/10/2017 | CHECK #2258 | -$17,230.76 | | $311,964.42 |
| 01/10/2017 | CHECK #2256 | -$21,538.46 | | $290,425.96 |
| 01/10/2017 | CHECK #2257 | -$21,538.46 | | $268,887.50 |
| 01/11/2017 | MOBILE DEPOSIT | | $588.00 | $269,475.50 |
| 01/11/2017 | BRAINTREE FUNDING<br>9YC3PB<br>APMETRIXINC | | $387.13 | $269,862.63 |
| 01/11/2017 | SHARPSPRING<br>GAINESVILLE FL<br>Ref85179240AWG Crd1504 Dt 1/09 | -$800.00 | | $269,062.63 |
| 01/11/2017 | WIRE OUT 70111L1B77D1C000110(<br>201701100901;BNF PS BUSINESS P<br>ARKS, LP;OBI APMETRIX HALF OF | -$1,871.50 | | $267,191.13 |
| 01/11/2017 | WIRE OUT 170110953500<br>201701109535;BNF ENSIGHTEN INC<br>;OBI COURT ORDERED PAYMENT FOR | -$24,109.36 | | $243,081.77 |
| 01/12/2017 | PAYLOCITY CORPOR TAX COL<br>APMETRIX INC | -$5,283.12 | | $237,798.65 |



**Silicon Valley Bank**

*January 2017*

Reporting Activity 01/01 - 01/31                    Page 4 of 8

## Analysis Checking - XXXXXX7469 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/12/2017 | N3191 APMETRIX I DIR DEP<br>N3191<br>APMETRIX INC | -$9,988.60 | | $227,810.05 |
| 01/12/2017 | ACE PARKING 1074<br>SAN DIEGO CA<br>Ref55480770QBM Crd1504 Dt 1/11 | -$20.00 | | $227,790.05 |
| 01/13/2017 | N3191 APMETRIX I BILLING<br>N3191<br>APMETRIX INC | -$139.16 | | $227,650.89 |
| 01/13/2017 | WESTIN SAN DIEGO FB<br>SAN DIEGO CA<br>Ref55432860D00 Crd1504 Dt 1/11 | -$28.76 | | $227,622.13 |
| 01/13/2017 | GOTOCITRIX.COM<br>855-837-1750 CA<br>Ref55432860D00 Crd1504 Dt 1/13 | -$29.00 | | $227,593.13 |
| 01/13/2017 | COSTCO *DELIVERY 578<br>425-313-8100 CA<br>Ref55432860Q00 Crd1504 Dt 1/12 | -$350.67 | | $227,242.46 |
| 01/13/2017 | CHECK #2262 | -$7,421.00 | | $219,821.46 |
| 01/17/2017 | STAPLES DIRECT<br>800-3333330 MA<br>Ref15410190D31 Crd1504 Dt 1/13 | -$44.96 | | $219,776.50 |
| 01/17/2017 | INTUIT *CHECKS / FORMS<br>800-446-8848 CA<br>Ref55432860E00 Crd1504 Dt 1/14 | -$100.19 | | $219,676.31 |
| 01/18/2017 | SHARPSPRING<br>GAINESVILLE FL<br>Ref85179240HWG Crd1504 Dt 1/15 | -$800.00 | | $218,876.31 |
| 01/18/2017 | CHECK #2266 | -$540.00 | | $218,336.31 |
| 01/19/2017 | CHECK #2265 | -$390.00 | | $217,946.31 |
| 01/19/2017 | CHECK #2267 | -$1,200.00 | | $216,746.31 |
| 01/19/2017 | CHECK #2261 | -$9,252.82 | | $207,493.49 |
| 01/19/2017 | CHECK #2260 | -$11,471.48 | | $196,022.01 |
| 01/23/2017 | PAPA JOHN'S #01337<br>858-621-7272 CA<br>Ref55432860M00 Crd1504 Dt 1/21 | -$49.09 | | $195,972.92 |



**January 2017**

*Reporting Activity 01/01 - 01/31*　　　　　　Page 5 of 8

## Analysis Checking - XXXXXX7469 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/24/2017 | DNH*GODADDY.COM<br>480-5058855 AZ<br>Ref75418230P10 Crd1504 Dt 1/23 | -$15.17 | | $195,957.75 |
| 01/24/2017 | DNH*GODADDY.COM<br>480-5058855 AZ<br>Ref75418230P10 Crd1504 Dt 1/23 | -$299.99 | | $195,657.76 |
| 01/25/2017 | N3191 APMETRIX I FIX<br>N3191<br>APMETRIX INC | -$1,103.54 | | $194,554.22 |
| 01/25/2017 | ACE PARKING 1074<br>SAN DIEGO CA<br>Ref55480770TBM Crd1504 Dt 1/24 | -$25.00 | | $194,529.22 |
| 01/26/2017 | PAYLOCITY CORPOR TAX COL<br>APMETRIX INC | -$3,745.04 | | $190,784.18 |
| 01/26/2017 | N3191 APMETRIX I DIR DEP<br>N3191<br>APMETRIX INC | -$8,396.46 | | $182,387.72 |
| 01/26/2017 | MSFT * E020038E49<br>08006427676 WA<br>Ref55131580TBM Crd1504 Dt 1/25 | -$80.00 | | $182,307.72 |
| 01/26/2017 | HOTELS.COM<br>HOTELS.COM WA<br>Ref55432860T00 Crd1504 Dt 1/25 | -$169.28 | | $182,138.44 |
| 01/26/2017 | CHECK #2270 | -$144.59 | | $181,993.85 |
| 01/26/2017 | CHECK #2269 | -$650.00 | | $181,343.85 |
| 01/27/2017 | N3191 APMETRIX I BILLING<br>N3191<br>APMETRIX INC | -$111.08 | | $181,232.77 |
| 01/27/2017 | SOUTHWES 5262482427402<br>800-435-9792 TX<br>Ref55432860S00 Crd1504 Dt 1/25 | -$70.87 | | $181,161.90 |
| 01/27/2017 | CHECK #2274 | -$79.92 | | $181,081.98 |
| 01/30/2017 | SEASONS 52 00045294<br>SAN DIEGO CA<br>Ref15410190VJP Crd1504 Dt 1/26 | -$260.13 | | $180,821.85 |
| 01/30/2017 | CHECK #2275 | -$500.00 | | $180,321.85 |
| 01/30/2017 | CHECK #2276 | -$500.00 | | $179,821.85 |


**Silicon Valley Bank**

*January 2017*
Reporting Activity 01/01 - 01/31          Page 6 of 8

## Analysis Checking - XXXXXX7469 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/31/2017 | WINSTON | -$220.39 | | $179,601.46 |
| | MOUNT KISCO NY | | | |
| | Ref55432860Y00 Crd1504 Dt 1/29 | | | |
| 01/31/2017 | CHECK #2277 | -$60.00 | | $179,541.46 |
| 01/31/2017 | CHECK #2271 | -$571.52 | | $178,969.94 |
| 01/31/2017 | Ending Balance | | | $178,969.94 |

### Checks Cleared

| Check Date | Check Number | Check Amount | Check Date | Check Number | Check Amount |
|---|---|---|---|---|---|
| 01/10/2017 | 2256 | $21,538.46 | 01/10/2017 | 2257 | $21,538.46 |
| 01/10/2017 | 2258 | $17,230.76 | 01/19/2017 | 2260* | $11,471.48 |
| 01/19/2017 | 2261 | $9,252.82 | 01/13/2017 | 2262 | $7,421.00 |
| 01/19/2017 | 2265* | $390.00 | 01/18/2017 | 2266 | $540.00 |
| 01/19/2017 | 2267 | $1,200.00 | 01/26/2017 | 2269* | $650.00 |
| 01/26/2017 | 2270 | $144.59 | 01/31/2017 | 2271 | $571.52 |
| 01/27/2017 | 2274* | $79.92 | 01/30/2017 | 2275 | $500.00 |
| 01/30/2017 | 2276 | $500.00 | 01/31/2017 | 2277 | $60.00 |

* Indicates skipped check number

## Silicon Valley Bank

### January 2017

Reporting Activity 01/01 - 01/31                    Page 7 of 8



| #2256 | 01/10/17 | $21,538.46 |
| #2257 | 01/10/17 | $21,538.46 |
| #2258 | 01/10/17 | $17,230.76 |
| #2260 | 01/19/17 | $11,471.48 |
| #2261 | 01/19/17 | $9,252.82 |
| #2262 | 01/13/17 | $7,421.00 |
| #2265 | 01/19/17 | $390.00 |
| #2266 | 01/18/17 | $540.00 |
| #2267 | 01/19/17 | $1,200.00 |
| #2269 | 01/26/17 | $650.00 |
| #2270 | 01/26/17 | $144.59 |
| #2271 | 01/31/17 | $571.52 |



**Silicon Valley Bank**





#2274          01/27/17          $79.92

#2275          01/30/17          $500.00





#2276          01/30/17          $500.00

#2277          01/31/17          $60.00

**svb** ›

**Silicon Valley Bank**

3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>002106 7228678 0001 092196 10Z
APMETRIX, INC.
COLLATERAL MMA
6450 LUSK BLVD SUITE E208
SAN DIEGO CA 92121

## January 2017

Reporting Activity 01/01 - 01/31          *Page 1 of 2*

### Managing Your Accounts



Phone:      (408) 654-4636

Toll-Free:  (800) 774-7390

Email:      clientservice@svb.com

Online:     www.svb.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Collateral MMA | XXXXXX2592 | $15,000.68 |
| **Total Balance** | | **$15,000.68** |

## Collateral MMA - XXXXXX2592

### Account Summary

| Date | Description | |
|---|---|---|
| 01/01/2017 | **Beginning Balance** | **$15,000.00** |
| 01/31/2017 | **Ending Balance** | **$15,000.68** |
| | Total debits this period | $15,000.64 |
| | Total credits this period | $15,001.28 |
| | Service Charge | $0.00 |

### Interest Summary

| Description | |
|---|---|
| Interest Earned From 01/01/2017 Through 01/31/2017 | |
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 31 |
| Interest Earned | $0.04 |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.04 |
| Interest Withheld Year-to-Date | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/01/2017 | Beginning Balance | | | $15,000.00 |
| 01/03/2017 | ACCRUED INTEREST DEC 2016 | | $0.64 | $15,000.64 |
| 01/30/2017 | CLOSING CMMA 3301422592 | -$15,000.64 | | $0.00 |
| 01/30/2017 | REV CLOSURE TRANSATION | | $15,000.64 | $15,000.64 |
| 01/31/2017 | INTEREST PAYMENT | | $0.04 | $15,000.68 |
| 01/31/2017 | Ending Balance | | | $15,000.68 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| 12/31/2016 | 0.05% |



**Member FDIC**

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

1 | John L. Smaha, Esq.  Bar No. 95855
Gustavo E. Bravo, Esq.  Bar No. 218752
2 | **SMAHA LAW GROUP APC**
2398 San Diego Avenue
3 | San Diego, California 92110
(619) 688-1557  Telephone
4 | (619) 688-1558  Facsimile

5 | Attorneys for Debtor, Apmetrix, Inc.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**                    Case No. 16-07584-LT11

*In re Apmetrix, Inc.*

   I am employed in the City of San Diego, California.  I am over the age of 18 and not a party to the within action.  My business address is 2398 San Diego Avenue, San Diego CA 92110.

   On February 21, 2017, I caused to be served the following document(s) described as:

1.    **DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR THE MONTH OF JANUARY**

U.S. Trustee                                    Apmetrix, Inc.
Department of Justice                           c/o Lee Jacobson
402 West Broadway, Ste. 600                     6450 Lusk Blvd., Ste. E208
San Diego, CA 92101                             San Diego, CA 92121
                                                *Courtesy Copy*

[X]    **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope.  I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **February 21, 2017**, San Diego, California.

                              */s/ Joan L. Potter*
                              Joan L. Potter