1  John L. Smaha, Esq., Bar No. 95855
   Gustavo E. Bravo, Esq. Bar No. 218752
2  **SMAHA LAW GROUP**
   2398 San Diego Avenue
3  San Diego, CA. 92110
   Telephone:   (619) 688-1557
4  Facsimile:   (619) 688-1558

5  Attorneys for Debtor, Apmetrix, Inc.

6

7              **UNITED STATES BANKRUPTCY COURT**

8              **SOUTHERN DISTRICT OF CALIFORNIA**

9
   In re                              CASE NO. 16-07584-LT11
10
   APMETRIX, INC.                     Chapter 11
11
                                      STATUS REPORT FOR STATUS
12                                    CONFERENCE
                     Debtors.
13                                    Date:   February 28, 2017
                                      Time:   11:00 a.m.
14                                    Dept.:  3
                                      Judge:  Hon. Laura S. Taylor
15

16       The Debtor, Apmetrix, Inc. (the "Debtor") respectfully submits the following Status

17  Report for the status conference scheduled for February 28, 2017 at 11:00 a.m.

18       As of today, the Debtor has closed all pre-petition bank accounts and has provided

19  proof of the closing of all accounts to the United States Trustee.  Debtor has provided proof

20  of the opening of debtor-in-possession accounts in the form of signature cards and has

21  provided voided checks to the U.S. Trustee. The United States Trustee has been enrolled as

22  a noticed party on all insurance policies.  The Bankruptcy Court has signed the order

23  employing Debtor's counsel and a first interim fee application has been filed.  The Debtor

24  has filed motion for insider compensation for its insiders.  Compensation has been approved

25  on an interim basis through February 13, 2017.  Debtor anticipates filing a further status

26  report relevant to insider salaries by the current deadline set by the Court, February 24, 2017.

27       The Debtor did not have any cash collateral issues as there are no secured creditors

28  with an interest in the Debtor's cash collateral.  The Debtor has obtained a claims bar date

1  for March 24, 2017 and has noticed the claims bar date to all creditors. The Debtor has filed
2  its December operating report and will have submitted its January operating report prior to
3  the hearing on status. All schedules, statements and exhibits have been filed. The Debtor
4  has provided all requested documents to the U.S. Trustee and the meeting of creditors has
5  been concluded.

6        The Debtor continues its efforts towards a successful reorganization. It is currently
7  in the process of migrating its clients to the Debtor's new software platform and it is on
8  schedule to complete the migration prior to February 28, 2017. As a further step in Debtor's
9  reorganization, the Debtor has provided Ensighten, Inc., with a suggested process for
10 termination of the Debtor's use of Ensighten's software and provided information as to why
11 the new software platform has not features that utilize or otherwise infringe upon Ensighten's
12 software. Attached as Exhibit A is the suggested procedures for the return of the Anametrix
13 source code.

14       The Debtor has also continued its discussions with Converge Direct, as Mr. Jacobson,
15 Mr. Godard and Mr. Caldwell have all met with various representatives of Converge Direct
16 recently to discuss a potential merger and interim financing. The parties have now
17 exchanged drafts of a letter of intent (LOI) and are attempting to finalize the same. The
18 potential LOI's being exchanged contemplate both interim financing and a long term
19 successful reorganization. As soon as a draft of an LOI is finalized and executed, the Debtor
20 will notify the Court. The Court should keep in mind however that Converge Direct is
21 expecting to confirm that the migration to the new software platform has been seamlessly
22 completed. This process is expected to be completed within the next week and Debtor
23 anticipates that further progress on a final LOI could occur shortly thereafter.

24 February 21, 2017

          /S/ Gustavo E. Bravo
25           Gustavo E. Bravo, Esq.
          SMAHA LAW GROUP, APC
26           *Attorney for Debtor,*
          Apmetrix, Inc.

27 W:\Apmetrix Inc\100.Status.Report.2-21-17.wpd

28

# EXHIBIT A

# Procedures Regarding Apmetrix's Process for the Return of Anametrix Source Code

As per the Anametrix Amended License agreement dated August 26th, 2014, Apmetrix, voluntarily and as a result of its election to reject executory contract in the United States Bankruptcy Court, will no longer be using any of Anametrix's source code and terminating its license in accordance with Section 10.3. The last day of any use will be February 28, 2017.

## 1 – DELIVERY OF SOURCE CODE

Apmetrix will prepare a CD-ROM containing all of the Anametrix source code provided and delivered to Anametrix no later than February 28th, 2017.

The following is a list binaries, and all source code required to build them will be included on the CD-ROM.

1. Linux Services which include (Gateway, Counter, File Formats, Query Engines, Scheduler, Supervisor, and User Interface)
    a. server-latest.jar
    b. external.jar
2. Windows Services
    a. Excel Scheduler
    b. Excel Add On
3. Flash Products
    a. User Interface
    b. Mobile Client (Flash compiled and transformed into iOS and Android binaries).

## 2 – DELETION OF ALL ANAMETRIX SOURCE CODE REFERENCED ABOVE

Apmetrix will also delete any and all files related to the source code provided by Anametrix no later than February 28th, 2017. This includes all local and server based source code. As a result, no Anametrix source code or services will be used by Apmetrix or any of its clients. In addition, no Apmetrix clients will be able to use view, use or otherwise access ANY Anametrix source code or services.

All graphics, images, marketing materials and documentation referencing any Anametrix source code will be removed and deleted from our Web Site.

1  | John L. Smaha, Esq.  Bar No. 95855
   | Gustavo E. Bravo, Esq.  Bar No. 218752
2  | **SMAHA LAW GROUP APC**
   | 2398 San Diego Avenue
3  | San Diego, California 92110
   | (619) 688-1557  Telephone
4  | (619) 688-1558  Facsimile
   | [Proposed] Attorneys for Debtor, Apmetrix, Inc.
5  |
   | **UNITED STATES BANKRUPTCY COURT**
6  | **SOUTHERN DISTRICT OF CALIFORNIA**
7  |
   | **PROOF OF SERVICE**                    . Case No. 16-07584-LT11
8  |
   | *In re Apmetrix, Inc.*
9  |
   | I am employed in the City of San Diego, California.  I am over the age of 18 and not a party to the
10 | within action.  My business address is 2398 San Diego Avenue, San Diego CA 92110.
11 | On February 21, 2017, I caused to be served the following document(s) described as:
12 | 1.         **STATUS REPORT FOR STATUS CONFERENCE**
13 |
   | U.S. Trustee
14 | Department of Justice
   | 402 West Broadway, Ste. 600
15 | San Diego, CA 92101
16 |
   | [X]     **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope.  I then
17 |         placed it for collection and mailing with the United States Postal Service this same day, at my address
   |         shown above, following ordinary business practice.
18 |
   | [X]     **(Electronic Notice Via the ECF System).**  Pursuant to controlling General Order(s) and Local
19 |         Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and
   |         hyperlink to the document.  On February 21, 2017, I checked the CM/ECF docket for this bankruptcy
20 |         case or adversary proceeding and determined that the following person(s) are on the Electronic Mail
   |         Notice List to receive NEF transmission at the email addresses indicated below:
21 |

| | |
|---|---|
| **Haeji Hong:** | Haeji.Hong@usdoj.gov, |
| | USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |
| **Monique Jewett-Brewster:** | mjb@hopkinscarley.com, vtorres@hopkinscarley.com |
| **John L. Smaha:** | jsmaha@smaha.com, |
| | gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com |
| **United States Trustee:** | ustp.region15@usdoj.gov |

25 | I declare under penalty of perjury under the laws of the State of California that the foregoing is
26 | true and correct.  Executed on **February 21, 2017**, San Diego, California.
27 |
   |                                        */s/ Joan L. Potter*
   |                                        Joan L. Potter
28 |